IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES and PEGGY C. JONES, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 2:05CV1119-F ) |
| STATE FARM INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

## CONSENT FOR REMOVAL

NOW COME the Defendants, State Farm Fire and Casualty Company and Ron Nall, and consent to the Notice of Removal filed on behalf of State Farm Fire and Casualty Company and Ron Nall.

_____
MICHEAL S. JACKSON [JACKM8173]
MICHAEL B. BEERS [BEERM4992]
Attorneys for Defendants State Farm Fire and
Casualty Company and Ron Nall

OF COUNSEL:

BEERS, ANDERSON, JACKSON,
 PATTY, & VAN HEEST, P.C.
Post Office Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 fax

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing CONSENT FOR REMOVAL has been served upon all parties to this action by depositing a copy of same in the U.S. Mail, postage prepaid, addressed as follows:

Marcus N. Jones
2416 Walking Fern Lane
Hoover, Alabama 35244

on this the 22nd day of November, 2005.

_____
OF COUNSEL