IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | |
|---|---|
| JACOB N. JONES and<br>PEGGY C. JONES,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY; RON NALL; et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO. 05-241<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO STATE COURT OF REMOVAL OF ACTION

TO:    Circuit Clerk of Covington County
        1K N. Court Square
        Andalusia, Alabama 36420-3995

Please take notice that Defendants State Farm Fire and Casualty Company and Ron Nall have this date filed a Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Middle District of Alabama, Northern Division.

DATED this the 22nd day of November, 2005.

 

_____
MICHEAL S. JACKSON [JAC015]
MICHAEL B. BEERS [BEE006]
Attorneys for Defendants State Farm Fire and Casualty Company and Ron Nall

OF COUNSEL:

BEERS, ANDERSON, JACKSON,
    PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311
(334) 834-5362 fax



EXHIBIT
F

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE TO STATE COURT OF REMOVAL OF ACTION has been served upon all parties to this action by depositing a copy of same in the U.S. Mail, postage prepaid, addressed as follows:

Marcus N. Jones, Esq.
2416 Walking Fern Lane
Hoover, Alabama 35244

on this the 22nd day of November, 2005.

_____
OF COUNSEL