## AFFIDAVIT

STATE OF ALABAMA
COVINGTON COUNTY

BEFORE me, the undersigned authority, personally appeared Ron Nall, who, being by me first duly sworn, deposes and says as follows:

1. My name is Ron Nall and I have personal knowledge of the facts contained in this affidavit.

2. I have been employed as an insurance agent since June 2002.

3. I am an independent contractor of State Farm and have been authorized to sell State Farm policies since June 2002.

4. Prior to becoming an independent agent, I was a trainee agent for one year, beginning June 1, 2001.

5. I did not originate any of the insurances policies issued by State Farm to Jacob and/or Peggy Jones.

6. I did not originate the homeowner's policy made the basis of Jacob and Peggy Jones' lawsuit against me and State Farm.

7. The Jones' insurance policies were transferred to me by State Farm upon the retirement of their previous agent.

8. I have no personal knowledge regarding any inspection of the Jones' home in 1997.

9. I have no personal knowledge regarding how any calculations which may have resulted from a 1997 inspection came about.

10. I have no personal knowledge as to who may have performed the 1997 inspection referenced in the Complaint filed by Jacob and Peggy Jones against me and State Farm.

11. To my knowledge neither Jacob Jones nor Peggy Jones has ever discussed the provisions of their State Farm insurance policy made the basis of this suit with me.



12. My only involvement with the Jones' homeowner's policy arose in July 2004, when Mr. Jones contacted me to inform me of the fire and I subsequently filed a claim for him with State Farm.

DONE this the 9th day of November, 2005.

_____
Ron Nall

STATE OF ALABAMA
COVINGTON COUNTY

SWORN TO AND SUBSCRIBED before me this the 9th day of November, 2005.

_____
NOTARY PUBLIC
My Commission Expires: MY COMMISSION EXPIRES MARCH 10, 2006