IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES and PEGGY C. JONES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV1119-F |
| | ) |
| STATE FARM INSURANCE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion to dismiss filed by defendant Nall on November 23, 2005 (Doc. # 4), it is

ORDERED that plaintiff may respond to the motion on or before December 12, 2005. Defendant may file a reply brief on or before December 20, 2005.[1]

Done, this 23rd day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion will be submitted for decision without oral argument. Should the court determine that oral argument is necessary, a hearing date will be scheduled later.