**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 9, 2005

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Jones et al v. State Farm Fire and Casualty Company et al**

**Case Number:    2:05-cv-01119-F**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 8  filed on   December 9, 2005.**