IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JACOB N. JONES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV1119-F |
| | ) | (WO) |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In a motion filed on December 9, 2005 (Doc. # 8), Plaintiffs seek remand of this diversity action on the basis of an amended complaint they claim to have filed in the Circuit Court of Covington County on December 5, 2005 adding a resident defendant, Mark King. (Exhibit A to Doc. # 8) (unsigned copy of amended complaint). Plaintiffs contend that addition of defendant King destroys diversity and requires remand.[1] However, the action pending in Covington County Circuit Court was removed to this Court on November 22, 2005 and, therefore, is no longer pending in state court. The amended complaint filed in Covington County after removal of the action has no effect on the jurisdiction of this Court. Accordingly, it is

ORDERED that Plaintiff's first Motion to Remand (Doc. # 8) is DENIED without prejudice.

Done this 13th day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In this motion, Plaintiffs do not challenge defendants' contention that defendant Nall, a resident defendant named in the original complaint, is fraudulently joined.