IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV1119-F |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This action is presently before the court on the motion for leave to amend complaint filed by plaintiffs on December 19, 2005 (Doc. # 11).  Upon consideration of the motion, it is

ORDERED that plaintiffs are DIRECTED to file, on or before December 23, 2005, a proposed amendment to the complaint which does not incorporate the allegations of the first complaint by reference.  See Local Rule 15.1 ("Any amendment to a pleading . . . must, except by leave of court, reproduce the entire pleading as amended, and may not incorporate any prior pleading by reference.")

It is further ORDERED that defendants may respond to the motion for leave to amend on or before January 6, 2006.

DONE, this 19th day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE