IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES and | ) |
| PEGGY C. JONES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 2:05-cv-1119-F |
| | ) |
| STATE FARM INSURANCE | ) |
| COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to FED. R. CIV. P. 26(f), a meeting was held on December 21, 2005, at 11:00 A.M. and was attended by:

- Marcus N. Jones for Plaintiffs, Jacob N. Jones and Peggy C. Jones

- Micheal S. Jackson for Defendants, Ronald Nall and State Farm Fire & Casualty Company.

The parties do not request a conference with the Court before the entry of the Scheduling Order.

1. Plaintiffs: Discovery will be required on all aspects of Plaintiffs' claims and factual information possessed by any witnesses in this matter. Discovery will be needed regarding expert opinions and conclusions.

Defendant: Discovery will be required on all aspects of Plaintiffs' claims and factual information possessed by any witnesses in this matter. Discovery will be needed regarding expert opinions and conclusions.

2. This jury action should be ready for trial by February 2007, and at this time is expected to take approximately three (3) days, excluding jury selection.

3. The parties request a Pretrial Conference in January 2007.

4. <u>Discovery Plan</u>. The parties jointly propose to the Court the following discovery plan. Discovery will be needed on the following subjects:

    A. Depositions of fact witnesses by May 15, 2006.

    B. Depositions of Experts:

- Defendants to take deposition(s) of Plaintiffs' expert(s), if any, on or before June 15, 2006.

- Plaintiffs to take deposition(s) of Defendants' expert(s), if any, on or before July 5, 2006 or 20 days after Defendants' designation of expert(s).

    C. All discovery commenced in time to be completed by August 5, 2006 or 30 days after Defendants designate an expert, whichever is earlier.

5. <u>Initial Disclosures</u>. The parties will exchange the information required by FED. R. CIV. P. 26(a)(1) by January 31, 2006.

6. The parties request to join additional parties and amend the pleadings as follows:

- Plaintiffs by January 15, 2006

- Defendants by February 15, 2006

7. Reports from retained experts under Rule 26(a)(2) due:

- from Plaintiffs by May 15, 2006

- from Defendants by July 5, 2006 or 20 days after taking deposition of Plaintiffs' expert, whichever is earlier.

8.   Pretrial Disclosures. Final lists of witnesses and exhibits under Rule 26(a)(3) due January 2007.

9.   Discovery Limits.

- Maximum of 40 interrogatories by each party to any other party. Responses due 45 days after service.

- Maximum of 10 depositions by Plaintiffs and 10 by Defendants. Each deposition will be limited to a maximum of six hours unless extended by agreement of parties.

- Maximum of 10 requests for admission by each party to any other party. Response due 45 days after service.

- Maximum of 35 requests for production of documents by each party to any other party. Responses due 45 days after service.

10.  All potentially dispositive motions should be filed by August 31, 2005 which is 90 days before January 2007 Pretrial Conference requested by parties.

11.  Settlement cannot be evaluated prior to the conclusion of discovery.

**RESPECTFULLY SUBMITTED** this the 21st day of December, 2005.


/s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
**MICHAEL B. BEERS [BEERM4992]**
Attorneys for Defendants Ronald Nall and
State Farm Fire and Casualty Company

BEERS, ANDERSON, JACKSON,
 PATTY, & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311
(334) 834-5362 fax

Mr. Jones provided consent for Defendants' counsel to file electronically:


 /s/ Marcus N. Jones
**MARCUS N. JONES [JONEM6711]**
Attorney for Plaintiffs

LAW OFFICE OF MARCUS N. JONES
2416 Walking Fern Lane
Hoover, Alabama 35244
(205) 402-0942