IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Jacob N. Jones, et al.,         ) | |
|                                 ) | |
|    Plaintiffs,   ) | |
| v.                              ) | CASE NO. 2:05cv1119-MEF |
|                                 ) | |
| State Farm Fire and Casualty    ) | |
| Company, et al.,                ) | |
|                                 ) | |
|    Defendants.   ) | |

## **O R D E R**

It is hereby ORDERED that this court's order (Doc. 6) dated November 30, 2005 referring the above-styled case to the Magistrate Judge is VACATED.

DONE this 10th day of January, 2006.

/s/ Mark E. Fuller

CHIEF UNITED STATES DISTRICT JUDGE