IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES and<br>PEGGY C. JONES,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE<br>COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:05-cv-1119-F<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR LEAVE TO AMEND
## REPORT OF PARTIES' PLANNING MEETING

NOW COME both parties and move the Court for leave to amend the previously submitted Report of Parties' Planning Meeting as follows:

    4.    <u>Discovery Plan</u>.

        C.    All discovery commenced in time to be completed by September 15, 2006 or 30 days after Defendants designate an expert, whichever is earlier.

    10.    All potentially dispositive motions should be filed by September 30, 2006 which is more than 90 days before the January 2007 Pretrial Conference requested by parties.

**RESPECTFULLY SUBMITTED** this the 13th day of January, 2006.

                          Mr. Jones provided consent for Defendants' counsel to file electronically:

                          /s/ Marcus N. Jones
                        **MARCUS N. JONES [JONEM6711]**
                        Attorney for Plaintiffs

LAW OFFICE OF MARCUS N. JONES
2416 Walking Fern Lane
Hoover, Alabama 35244
(205) 402-0942


/s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
**MICHAEL B. BEERS [BEERM4992]**
Attorneys for Defendants Ronald Nall and
State Farm Fire and Casualty Company

BEERS, ANDERSON, JACKSON,
 PATTY, & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 fax