IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JACOB N. JONES and )
PEGGY C. JONES, )
      )
     Plaintiffs, )
      )
vs. )   Case No.  2:05-cv-01119-WKW
      )
STATE FARM INSURANCE )
COMPANY, et al., )
      )
     Defendants. )

## MOTION TO STRIKE PLAINTIFFS' RESPONSE TO DEFENDANT NALL'S MOTION TO DISMISS

NOW COME Defendants State Farm Fire and Casualty Company (hereinafter State Farm") and Ron Nall (hereinafter "Nall"), by and through their undersigned counsel of record, and move the Court to strike Plaintiffs' Response to Defendant Nall's Motion to Dismiss and as grounds for same show unto the Court as follows:

1.     After Nall filed his Motion to Dismiss, the Court entered an Order ordering the Plaintiffs to file a response to his motion on or before December 12, 2005.

2.     Plaintiffs' Response to Defendant Nall's Motion to Dismiss was not filed until January 17, 2006.

3.     Plaintiffs' Response to Defendant Nall's Motion to Dismiss was not accompanied by a Motion for Leave to File same out of time.

4.     No explanation has been given for Plaintiffs' failure to file a response on or before December 12, 2005 as ordered by the Court.

5.     If Plaintiffs' Response to Defendant Nall's Motion to Dismiss is accepted by the Court, Nall and State Farm would seek leave from the Court to file a Reply Brief and should not be put to that burden since Plaintiffs failed to comply with the Court's Order.

**WHEREFORE, PREMISES CONSIDERED**, Defendants move the Court to strike Plaintiffs' Response to Defendant Nall's Motion to Dismiss.

**RESPECTFULLY SUBMITTED** this the 20th day of January, 2006.

 /s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
**MICHAEL B. BEERS [BEERM4992]**
Attorneys for Defendants State Farm Fire and
Casualty Company and Ron Nall

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
  PATTY, & VAN HEEST, P.C.
Post Office Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 fax

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, I electronically filed MOTION TO STRIKE PLAINTIFFS' RESPONSE TO DEFENDANT NALL'S MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marcus Jones, Esq.
2416 Walking Fern Lane
Hoover, Alabama 35244

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:


/s/   Micheal S. Jackson
**OF COUNSEL**