IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES and<br>PEGGY C. JONES,<br><br>　　Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE<br>COMPANY, et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　Case No. 2:05-cv-1119-WKW<br>)<br>)<br>)<br>)<br>) |

## **SUPPLEMENTAL REPORT OF PARTIES' PLANNING MEETING**

As a result of substitute counsel for Jacob Jones recently becoming involved in this case, the parties, by and through counsel, met to discuss discovery and the course of this litigation. Pursuant to FED. R. CIV. P. 26(f), another meeting was held on April 20, 2006, at 1:00 P.M. and was attended by:

- Bryan P. Winter for Plaintiffs, Jacob N. Jones and Peggy C. Jones

- Micheal S. Jackson for Defendants, Ronald Nall and State Farm Fire & Casualty Company.

The parties do not request a conference with the Court before the entry of a Scheduling Order.

1.　Plaintiffs:　Discovery will be required on all aspects of Plaintiffs' claims and factual information possessed by any witnesses in this matter. Discovery will be needed regarding expert opinions and conclusions.

　　Defendant:　Discovery will be required on all aspects of Plaintiffs' claims and

factual information possessed by any witnesses in this matter. Discovery will be needed regarding expert opinions and conclusions.

    2.    This jury action should be ready for trial by May 2007, and at this time is expected to take approximately three (3) days, excluding jury selection.

    3.    The parties request a Pretrial Conference in April 2007.

    4.    <u>Discovery Plan</u>. The parties jointly propose to the Court the following discovery plan. Discovery will be needed on the following subjects:

        A.    Depositions of fact witnesses by September 15, 2006.

        B.    Depositions of Experts:

- Defendants to take deposition(s) of Plaintiffs' expert(s), if any, on or before October 15, 2006.

- Plaintiffs to take deposition(s) of Defendants' expert(s), if any, on or before November 15, 2006 or 20 days after Defendants' designation of expert(s).

        C.    All discovery commenced in time to be completed by November 15, 2006 or 30 days after Defendants designate an expert, whichever is earlier.

    5.    <u>Initial Disclosures</u>. The parties have already exchanged the information required by FED. R. CIV. P. 26(a)(1). This was done by January 31, 2006.

    6.    The parties do not request any additional time to join additional parties and amend the pleadings as follows.

    7.    Reports from retained experts under Rule 26(a)(2) due:

- from Plaintiffs by September 15, 2006

- from Defendants by October 15, 2006 or 20 days after taking deposition of Plaintiffs' expert, whichever is earlier.

8.  <u>Pretrial Disclosures</u>.  Final lists of witnesses and exhibits under Rule 26(a)(3) due April 2007.

9.  <u>Discovery Limits.</u>

- Maximum of 40 interrogatories by each party to any other party.  Responses due 45 days after service.

- Maximum of 10 depositions by Plaintiffs and 10 by Defendants.  Each deposition will be limited to a maximum of six hours unless extended by agreement of parties.

- Maximum of 10 requests for admission by each party to any other party.  Response due 45 days after service.

- Maximum of 35 requests for production of documents by each party to any other party.  Responses due 45 days after service.

10.  All potentially dispositive motions should be filed by January 15, 2007 which is approximately 90 days before the April 2007 Pretrial Conference requested by parties, depending upon when in April the pretrial conference is set.  If it is set April 15 or later, then the dispositive motion cutoff will be more than 90 days before the pretrial conference.

11.  Settlement cannot be evaluated prior to the conclusion of discovery.

**RESPECTFULLY SUBMITTED** this the 28[th t] day of April, 2006.

> Mr. Winter provided consent for Defendants' counsel to file electronically:
>
>  /s/ Bryan P. Winter
> **BRYAN P. WINTER [WIN028]**
> Attorney for Plaintiffs

/s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
**MICHAEL B. BEERS [BEERM4992]**
Attorneys for Defendants Ronald Nall and
State Farm Fire and Casualty Company

BEERS, ANDERSON, JACKSON,
 PATTY, & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 fax