IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB JONES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:05-cv-1119-WKW |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Motion for Leave to Amend Report of Parties' Planning Meeting filed by the parties on January 13, 2006 (Doc. # 18), it is hereby

ORDERED that the motion is DENIED as moot inasmuch as the parties filed a Supplemental Report of Parties' Planning Meeting (Doc. # 23) on April 28, 2006.

DONE this 10th day of August, 2006.


　　　　　　　　　　　　　　　  /s/  W.  Keith Watkins
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE