IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB JONES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:05-cv-1119-WKW |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the Motion to Strike Plaintiffs' Response to Defendant Nall's Motion to Dismiss filed on January 20, 2006 (Doc. # 21), it is hereby

ORDERED that the motion is DENIED.

It is further ORDERED that on or before August 24, 2006, defendants shall file a reply to the plaintiffs' response in opposition to defendant Ron Nall's pending motion to dismiss. (*See* Docs. # 4 & 20.)

DONE this 10th day of August, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE