IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 AUG 16  A 9: 32

| | |
|---|---|
| JACOB N. JONES and<br>PEGGY C. JONES,<br><br>    Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO.: 2:05-cv-1119-WKW-SRW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

COMES NOW, Bryan P. Winter, an attorney in good standing with the United States District Court, Middle District of Alabama, and hereby enters his appearance as co-counsel on behalf of the Plaintiffs in this matter.

Respectfully submitted this 14th day of August, 2006.

*Bryan P. Winter*
Bryan P. Winter (WIN-028)
Attorney for Plaintiffs
611 Helen Keller Boulevard
Tuscaloosa, Alabama 35404
Phone: (205) 553-5353
Fax: (205) 553-5593
E-mail: bwinter@adcoxwinter.com

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on the all counsel records by being placed in first class United States mail on this the ___14th___ day of ___August___, 2006 properly addressed as follows:

Michael S. Jackson
Michael B. Beers
BEERS, ANDERSON, JACKSON,
PATTY & VAN HEEST, P.C.
P.O. Box 1988
Montgomery, Alabama 36102-1988

Marcus N. Jones
2416 Walking Fern Lane
Hoover, Alabama 35244

                                                      Bryan P. Winter (WIN-028)
                                                      Attorney for Plaintiffs