**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

RECEIVED

2006 AUG 16  A 9: 33

L... ... ..., CLRK
U.S. DISTRICT COURT
MIDDLE DIST.  OF ALA

JACOB N. JONES and        )
PEGGY C. JONES,           )
    **Plaintiffs,**       )
                         )
v.                        )        **CASE NO.: 2:05-cv-1119-WKW-SRW**
                         )
STATE FARM FIRE AND CASUALTY )
COMPANY, et al.,          )
    **Defendants.**       )

### MOTION FOR ORDER
### GRANTING PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT TO ADD MARK KING AS A DEFENDANT, AND PERMISSION TO SERVE MARK KING WITH AMENDED COMPLAINT

### OR IN THE ALTERNATIVE,

### MOTION FOR A HEARING
### ON THE PLAINTIFF'S MOTION TO AMEND COMPLAINT TO ADD MARK KING AS A DEFENDANT

Comes now the Plaintiffs, Jacob N. Jones and Peggy C. Jones (hereinafter "Plaintiffs"), and respectfully request that this Court enter an Order granting the Plaintiff's Motion for Leave of Court to Amend the Complaint to join Mark King as a defendant, and permission to serve Mark King with the Amended Complaint. In the alternative, Plaintiffs respectfully request a hearing before this Honorable Court on the Plaintiff's Motion to Amend the Complaint. As grounds in support of Plaintiffs' Motion, the Plaintiffs state as follows:

1.    On October 14, 2005, the Plaintiffs filed the original Complaint in the Circuit Court of Covington County, Alabama.

2.    On November 22, 2005, the Defendant's filed a Notice of Removal to give notice of removal of this case from the Covington County Circuit Court to the United States District Court for the Middle District of Alabama.

3.    On December 7, 2005, Plaintiffs filed in the Circuit Court of Covington County, an Amended Complaint to add Mark King as a defendant.

4.    On December 9, 2005, Plaintiffs filed a Motion to Remand the case back to state court based on the fact that there was incomplete diversity of citizenship between the Plaintiffs and Defendant Mark King, who was added as a defendant in the Covington County Circuit Court on December 7, 2006.

5.    On December 13, 2005, this Honorable Court denied the Plaintiff's Motion to Remand, *without prejudice*, based on the fact that this case was removed to the United States District Court *prior* to the Plaintiff's filing their Amended Complaint in the Circuit Court of Covington County.

6.    On December 19, 2005, the Plaintiffs filed with the United States District Court a Motion for Leave of Court to Amend the Complaint to add Mark King as a defendant. (Attached hereto as Exhibit "1").

7.    On that same date, this Honorable Court entered an Order directing the Plaintiffs to file on or before December 23, 2005 a proposed Amendment that did not incorporate the allegations of the original Complaint. (Attached hereto as Exhibit "2").

8.    On December 20, 2005, the Plaintiff's filed a proposed Amended Complaint as directed by this Honorable Court. (Attached hereto as Exhibit "3").

9.    On January 6, 2006, the Defendant's filed a Response in Opposition to the Plaintiff's Motion for Leave to Amend the Complaint to add Mark King as a defendant. (Attached hereto as Exhibit "4").

10.    On January 25, 2006, Plaintiffs filed a Response to Defendant's Response in Opposition to the Plaintiff's Motion for Leave to Amend the Complaint to add Mark King as a defendant. (Attached hereto as Exhibit "5").

11.    As of today's date, this Honorable Court has not entered an order granting or denying the Plaintiff's Motion for Leave to Amend the Complaint to add Mark King as a defendant.

12.    According to Rule 19(a)(1) of the Federal Rules of Civil Procedure, a person "*shall be joined* as a party in the action if, in the person's absence complete relief cannot be accorded among those already parties."

13.    Mark King is the State Farm insurance agent who wrote one of the policies of insurance made the basis of this lawsuit, and he also performed the calculations and measurements of the Plaintiffs' home that has resulted in error in the stated value of the home. Mark King is a necessary party for just adjudication of this lawsuit, and if he is not added as a defendant to this action, complete relief cannot be awarded among those already parties to this action.

Wherefore, premises considered, the Plaintiffs respectfully request that this Honorable Court grant the Plaintiff's Motion for Leave to Amend the Complaint and permission to serve Mark King with the Amended Complaint, or alternatively, to set a hearing date on the Plaintiff's Motion for Leave to Amend the Complaint.

Respectfully submitted this 14th day of August, 2006.

Bryan P. Winter (WIN-028)
Attorney for Plaintiffs
611 Helen Keller Boulevard
Tuscaloosa, Alabama 35404
Phone: (205) 553-5353
Fax: (205) 553-5593
E-mail: bwinter@adcoxwinter.com

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on the all counsel records by being placed in first class United States mail on this the _14th_ day of _August_____, 2006 properly addressed as follows:

Michael S. Jackson
Michael B. Beers
BEERS, ANDERSON, JACKSON,
PATTY & VAN HEEST, P.C.
P.O. Box 1988
Montgomery, Alabama 36102-1988

Marcus N. Jones
2416 Walking Fern Lane
Hoover, Alabama 35244

Bryan P. Winter (WIN-028)
Attorney for Plaintiffs