IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES and<br>PEGGY C. JONES,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE<br>COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.  2:05-cv-01119-WKW<br>)<br>)<br>)<br>)<br>) |

## MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS

NOW COME Defendants Ron Nall and State Farm Fire and Casualty Company and move the Court to extend the deadline for filing dispositive motions from January 30, 2007 to February 6, 2007, and as grounds for same show unto the Court as follows:

1. Currently, the deadline for filing dispositive motions is January 30, 2007.

2. Defendants have been attempting to schedule the depositions of the Plaintiffs for quite some time.  The depositions of the Plaintiffs were scheduled on previous occasions and rescheduled due to scheduling conflicts both for the parties and for the attorneys representing the parties.

3. The depositions of the Plaintiffs were recently taken on January 17, 2007.  However, the transcripts of those depositions have not been prepared.  Therefore, the Defendants cannot cite to deposition pages as is required by motion practice in this Honorable Court.

4. The Pretrial Conference in this case is not until May 30, 2007.

5. Counsel for Plaintiffs Jacob Jones and Peggy Jones do not object to this motion and, in fact, agree to it due to the difficulty in scheduling the depositions of the Plaintiffs.

6. While the deadline for filing dispositive motions is primarily for the benefit of the Court, to allow the Court sufficient time to review the dispositive motions and rule on same, Defendants are requesting only a one week extension of the date by which to file dispositive motions, which will still allow the Court almost four months prior to the Pretrial Conference to review the motions.

**WHEREFORE, PREMISES CONSIDERED,** Defendants Ron Nall and State Farm Fire and Casualty Company move the Court to extend the deadline for filing dispositive motions to and including February 6, 2007.

**RESPECTFULLY SUBMITTED**, this the 25th day of January, 2007.

/s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
**MICHAEL B. BEERS [BEERM4992]**
Attorneys for Defendants Ronald Nall and
State Farm Fire and Casualty Company

**OF COUNSEL:**

BEERS, ANDERSON, JACKSON,
 PATTY, VAN HEEST & FAWAL, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 (fax)

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 25, 2007, I electronically filed the foregoing MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marcus Jones, Esq.
LAW OFFICE OF MARCUS JONES
2416 Walking Fern Lane
Hoover, Alabama 35244


and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Brian P. Winter, Esq.
ADCOX WINTER, LLP
611 Helen Keller Blvd.
Tuscaloosa, AL 35404

                                        /s/ Micheal S. Jackson
                                        **OF COUNSEL**