IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1119-WKW |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion to Extend Deadline to File Dispositive Motions filed by the defendants on January 25, 2007 (Doc. # 31), it is hereby

ORDERED that the motion is GRANTED. The dispositive motion deadline is hereby extended from **January 30, 2007**, to **February 6, 2007**.

DONE this 29th day of January, 2007.

        /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE