**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JACOB N. JONES and ) | |
| PEGGY C. JONES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO.: 2:05-cv-01119-WKW |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**

Come now Plaintiffs, Jacob N. Jones and Peggy C. Jones, and move this Court to enter an order extending the deadline for filing dispositive motions from February 6, 2007 to February 20, 2007. In support of this Motion, Plaintiffs show unto the Court as follows:

1. The deadline for filing dispositive motions is currently February 6, 2007.

2. Plaintiffs have been attempting to schedule the depositions of the Defendants for quite some time. The depositions of the Plaintiffs were scheduled on previous occasions and rescheduled due to scheduling conflicts for both Parties and for the attorneys representing the Parties.

3. The depositions of the Defendants were taken on January 17, 2007. However, the transcripts of those depositions have not yet been prepared. Therefore, the Plaintiffs cannot cite to deposition pages as is required by motion practice in this Honorable Court.

4. The Pretrial Conference in this case is not until May 30, 2007.

5. Counsel for Defendants does not object to this Motion and, in fact, agrees to it due to the difficult in scheduling the depositions of the Parties.

2

6. While the deadline for filing dispositive motions is primarily for the benefit of the Court, to allow the Court sufficient time to review the dispositive motions and rule on the same, Plaintiffs are requesting only a two week extension of the date by which to file dispositive motions, which will still allow the Court over three months prior to the Pretrial Conference to review the motions.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs Jacob Jones and Peggy Jones move the Court to extend the deadline for filing dispositive motions to and including February 20, 2007.

Respectfully submitted this the 5th day of February, 2007.

    /s/ Bryan P. Winter
Bryan P. Winter (WIN-028)
Adcox Winter, LLP
611 Helen Keller Boulevard
Tuscaloosa, Alabama 35404
Phone: (205) 553-5353
Fax: (205) 553-5593
E-mail: bwinter@adcoxwinter.com

## Certificate of Service

      I hereby certify that on February 5, 2007, I electronically filed the foregoing MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael S. Jackson
Michael B. Beers
BEERS, ANDERSON, JACKSON,
PATTY & VAN HEEST, P.C.
P.O. Box 1988
Montgomery, Alabama 36102-1988

Marcus Jones, Esq.
LAW OFFICE OF MARCUS JONES
2416 Walking Fern Lane
Hoover, Alabama 35244


                                                                                              */s/ Bryan P. Winter*
                                                                                              Bryan P. Winter
                                                                                              Attorney for Plaintiffs