IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1119-WKW |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the Motion to Extend Deadline to File Dispositive Motions filed by the plaintiffs on February 5, 2007 (Doc. # 33), it is hereby

ORDERED that the motion is GRANTED and the dispositive motion deadline is hereby extended from **February 6, 2007**, to **February 20, 2007**.

DONE this 6th day of February, 2007.

　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE