# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JACOB N. JONES and | ) | |
| PEGGY C. JONES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.  2:05-cv-1119-WKW |
| | ) | |
| STATE FARM INSURANCE | ) | |
| COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>AFFIDAVIT</u>

STATE OF ALABAMA      )
JEFFERSON COUNTY      )

BEFORE ME the undersigned authority personally appeared BILL LOVELL, who, being duly sworn by me, deposes and says as follows:

1.      My name is Bill Lovell and I have personal knowledge of the facts contained in this Affidavit.

2.      I am the Personal Lines Underwriting Section Manager for State Farm Fire and Casualty Company (hereinafter "State Farm") in the Birmingham Operations Center of State Farm and have knowledge of State Farm underwriting policies and procedures related to homeowners insurance.

3.      State Farm's Personal Lines Underwriting Department is the department of State Farm which processes applications for homeowners policies; issues policies, forms, endorsements,

notices and certificates related to those policies, including Renewal Certificates; and maintains records related to all those activities.

4.    This Affidavit is based upon my personal knowledge gained from working in State Farm's Personal Lines Underwriting Department for 25 years and is also based, in part, on my review of the underwriting material and information still available related to homeowner's insurance policies issued to Jacob Jones, and, in part, on my review of the exhibits attached to this Affidavit.

5.    It is part of the ordinary course of business of State Farm to keep and maintain certain information and material related to homeowners and other policies issued to policyholders. I researched information kept in the ordinary course of business of State Farm for purposes of preparing this Affidavit.

6.    State Farm issued a HO3 homeowners insurance policy to the Joneses in 1981. An application was completed on September 28, 1981 and an insurance policy was issued on October 8, 1981. The application identifies Royal Globe as the insurer providing coverage prior to 1981.

7.    The application states that the home was built in 1970 at a price of $30,000. The current market value of the dwelling is listed on the application as $50,000. The application calculates estimated replacement cost to be $63,450. The insured requested insurance coverage for the dwelling in the amount of $55,000. Jacob Jones signed the application below a statement "I hereby apply for the insurance indicated... ." Thus, in 1981 the Joneses did not request the full estimated replacement cost of the dwelling. State Farm issued the policy with the limits requested by the Joneses in 1981. The dwelling coverage was subject to the stated limits of $55,000.

8.    Regarding the policy issued to Jones in 1981, State Farm rated the exposure and charged and collected a premium based upon the policyholder's selection of the dwelling coverage

2

amount. Therefore, State Farm had every reason for the dwelling coverage amount to be as high as possible and no reason for it to be understated. State Farm would have issued the policy in 1981 with limits equal to the estimated replacement cost had the insured requested that amount.

9.    Once an HO3 homeowners policy is issued by State Farm to the policyholder, by the terms of the policy, the policy is automatically renewed at the anniversary date of the policy. The policyholder may cancel at any time. State Farm may non-renew at the end of the policy term or may cancel the policy mid-term but only pursuant to the terms of the policy issued. Otherwise, the policy is automatically renewed.

10.    Prior to the anniversary date of the policy a Renewal Certificate is automatically generated and sent to the policyholder. In HO3 policies, like the one issued to the Joneses in 1981, there was an inflation provision which increased the dwelling coverage amount by an inflation factor. The system would automatically calculate the premium charged for the dwelling coverage amount. The Renewal Certificate sent to the policyholder would set forth the updated dwelling coverage amount and the premium being charged for the next policy period.

11.    Beginning in calendar year 1998, State Farm started conversion of all its HO1, HO3, and HO5 policies. The Joneses' HO3 policy was converted as of the October 8, 1998 renewal date.

12.    A letter was mailed seven days prior to the new policy being sent in 1998. The letter stated:

> You are a valued policyholder and I want to let you know about some upcoming changes which will affect your homeowners insurance.
>
> You will receive a new Homeowners Policy. This new policy allows you to choose different coverage options and limits to tailor your coverage to best suit your needs. And, there will be a notice about changes to the policy you have now.

3

I've enclosed information that provides an overview about these changes and hope you will call me at (XXX)-XXX-XXXX should you have any questions.

Thanks for allowing me to continue to serve you.

The telephone number was the number for the agent of record for the policyholder and in the case of Jones was the number for Mark King.

13.    A Renewal Certificate was not sent to the Joneses in 1998 because a new policy was sent in place of the one in effect 1997-1998. A copy of the Declarations Page for the new policy issued effective October 8, 1998 is attached hereto as Exhibit "A". With the new 1998 policy, all insureds were sent a notice, which is attached to this Affidavit as Exhibit "B". The notice states that the new policy replaces the current policy. The notice states that coverage for the dwelling will be subject to stated limits for the dwelling coverage amount set forth on the Declarations Page of the policy. For those policyholders who had replacement cost coverage not subject to limits (the Joneses were not one of them) that coverage was eliminated with the new policy.

14.    There were more changes in the 1998 policy than stating that coverage for dwelling would be subject to the stated limits. Other changes included claim record rating plan, rate changes, minimum policy deductible, back-up of sewer or drain, utilities rating plan, hurricane deductible and Increased Dwelling. Increased Dwelling provided an additional twenty percent (20%) of the dwelling coverage amount set forth on the Declarations Page of the policy in the event that the replacement cost of the dwelling exceeded the stated dwelling coverage amount set forth on the Declarations Page. From my review of the information, the Joneses had Increased Dwelling coverage on his policy beginning the October 8, 1998 policy period and continuing each year after that.

4

15.    The policyholder was advised to keep all documents together, that the renewal Declarations Page replaces and supersedes all declarations previously issued with respect to the policy. On the back of the new Declarations Page was a notice to the policyholder advising the policyholder that, for a comprehensive description of coverages and forms, refer to the policy. Also, the Declarations Page told the policyholder that the policy consisted of the Declarations Page, any endorsements referred to on the Declarations Page and the policy form. There was included on the Declarations Page a statement, "If, during the past year, you've acquired any valuable property items, made any improvements to insured property, or have any questions about your insurance coverage, contact your State Farm agent."

16.    Following the conversion to the new policy in 1998, all homeowner policy Renewal Certificates had a special inflation coverage statement added on them, which stated:

> The State Farm replacement cost is an estimated replacement cost based on general information about your home. It is developed from models that use cost of construction materials and labor rates for like homes in the area. The actual cost to replace your home may be significantly different. State Farm does not guarantee that this figure will represent the actual cost to replace your home. You are responsible for selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate which State Farm will consider and accept, if reasonable. Higher coverage amounts may be selected and will result in higher premiums.

17.    The Joneses' first Renewal Certificate following issuance of the new policy in October 1998 was sent in August of 1999, prior to the October 8, 1999 renewal. State Farm did not retain a copy of Renewal Certificates going back to 1999 so I cannot say whether the statement set out in ¶16 was on the 1999 Renewal Certificate. State Farm kept a copy of the 1998 Declarations Page because the 1998 policy was a new policy, as opposed to renewal of the one in existence in 1997. A copy of

the Renewal Certificates for 2000, 2001 and 2002 (with the same statement as set out in ¶16) are attached hereto as Exhibits "C", "D" and "E".

18.   I have seen the 2003 Renewal Certificate produced to State Farm's counsel by Jacob Jones, a copy of which is attached to this Affidavit as Exhibit "F" and which was prepared by State Farm on August 25, 2003. The statement set out in ¶16 of this Affidavit appears on that Renewal Certificate.

19.   I have reviewed the document attached to this Affidavit as Exhibit "G". It is a printed hard copy of a computer screen of information which was contained and recorded in State Farm's computer system on September 1, 2004 when it was printed. Some of this information is no longer in the computer system because it was replaced when the Joneses got a builders risk policy in January 2006 when they were rebuilding and a new homeowners policy on November 7, 2005 when the house was completed.

20.   Exhibit "G" sets out the dwelling coverage amount for the policy which was in effect on September 1, 2004 when the screen was printed. The current screen has a notation for the new coverage amount obtained when the November 7, 2005 policy was renewed on November 7, 2006.

21.   There is a notation on Exhibit "G" which indicates that the insured dwelling was inspected on March 11, 1997 by Mark King, who was the Joneses' agent on that date. The inspection conducted by King in March 1997 was requested by the Underwriting Department in State Farm's Birmingham office. This was a random inspection; the Joneses' dwelling was not singled out or selected purposefully for a particular reason. At that time, State Farm's Underwriting Department selected dwellings at random to be inspected for quality. This March 1997 inspection was, in fact, a "quality inspection" which inspects the home for quality and condition of the roof and other exterior

portions of the home. A "quality inspection" does not involve a measurement of the square footage of the house or a calculation of estimated replacement cost.

22.     There is another notation on Exhibit "G" which indicates that the square footage of the insured dwelling is 2128 square feet. There is no correlation between the notation of an inspection on March 11, 1997 and the square footage noted on the screen. That is, the square footage of 2128 was not measured on March 11, 1997. As noted, the inspection in March 1997 was a quality inspection and no measurement was made at that time. The square footage noted on Exhibit "G" was put into the system sometime between 1981 and the date the document was printed on September 1, 2004. I cannot tell from the information still available when the notation of 2128 square feet was placed in the system. When the date of the quality inspection of March 11, 1997 was entered into the system, it replaced the previous information recording when the last inspection was conducted. Square footage is not measured on every inspection; so I don't know if the square footage of the house was measured on the inspection previous to March 11, 1997 and do not know when an inspection previous to March 11, 1997 was made. There was a mandatory reinspection of all personal dwellings insured by State Farm beginning in 1994. The home may have been measured in 1994 or 1995 as part of that reinspection. I cannot tell from the information now available. I do not know if the square footage indicated on Exhibit "G" was placed into the system as a result of the reinspection which began in 1994. With the information now available, I cannot tell when the measurement and recording of 2128 square feet was made. The best information I can provide is that it was recorded sometime between 1981 and 2004.

Further, affiant saith naught.

**BILL LOVELL**, Section Manager,
Personal Lines Underwriting,
Birmingham Operations Center

STATE OF ALABAMA
JEFFERSON COUNTY

**SWORN TO** and **SUBSCRIBED** before me this the 16th day of February, 2007.

**NOTARY PUBLIC**
My Commission Expires: 10-11-07

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Oct 11, 2007
BONDED THRU NOTARY PUBLIC UNDERWRITERS

8



**STATE FARM INSURANCE COMPANIES®**
State Farm Fire and Casualty Company
100 State Farm Pkwy/Box 2661
Birmingham, AL 35297-0001

# DECLARATIONS PAGE

| POLICY NUMBER | HOMEOWNERS POLICY | DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|---|---|
| 01-10-9842-5 | OCT 08 1998 TO OCT 08 1999 | OCT 08 1998 | $968.00 |

A-1658-F282   F H

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL   36420-9659

**Coverages and Limits**
**Section I**
| | | | |
|---|---|---|---|
| A | Dwelling | | $95,000 |
| | Dwelling Extension | Up To | 9,500 |
| B | Personal Property | | 71,250 |
| C | Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**
All Losses                                     1,000

Location:  CO RD 43 1 1/4 MI N OF STRAGHR
SCHOOL ON E/S

**Section II**
| | | |
|---|---|---|
| L | Personal Liability | $100,000 |
| | Damage to Property of Others | 500 |
| M | Medical Payments to Others (Each Person) | 1,000 |

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**
| | |
|---|---|
| Homeowners Policy | * FP-7955 |
| Ordinance/Law  10%/$  9,500 | * OPT  OL |
| Increase Dwlg up to $19,000 | * OPT  ID |
| Amendatory Endorsement | * FE-7201.2 |
| Special Limits Endorsement | * FE-5258 |

*Effective: OCT 08 1998

| **Annual Premium** | $968.00 |
|---|---|
| **Amount Due** | $968.00 |

**Premium Reductions**
Your premium has already been reduced
by the following:
| Home Alert Discount | Included |
|---|---|
| Claim Record | 131.00 |

Inflation Coverage Index:   133.8

NOTICE: Information concerning changes in your policy language is included. Please call your agent if you have any questions.

The Loss Settlement Provisions of your policy have changed. Please read the enclosed Policy Booklet and inserts.

**EXHIBIT A**

*Thanks for letting us serve you. We appreciate our long term customers.*
MARK KING
(334) 222-3106

Prepared  AUG 26 1998

See reverse side for important information.
Please keep this part for your record.
Countersigned By:



IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.   A-1658-F282  F

PLEASE RETURN THIS PART WITH YOUR
CHECK MADE PAYABLE TO STATE FARM.

INSURED  JONES, JACOB N & PEGGY SUE

Location:   CO RD 43 1 1/4 MI N OF STRAGHR
SCHOOL ON E/S

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**

| | | |
|---|---|---|
| Homeowners Policy | * | FP-7955 |
| Ordinance/Law 10%/$  9,500 | * | OPT  OL |
| Increase Dwlg up to $19,000 | * | OPT  ID |
| Amendatory Endorsement | * | FE-7201.2 |
| Special Limits Endorsement | * | FE-5258 |

*Effective: OCT 08 1998

**Section II**

| | | |
|---|---|---|
| L | Personal Liability | $100,000 |
| | Damage to Property of Others | 500 |
| M | Medical Payments to Others | 1,000 |
| | (Each Person) | |

| | |
|---|---|
| **Annual Premium** | $968.00 |
| **Amount Due** | $968.00 |

**Premium Reductions**
Your premium has already been reduced
by the following:

| | |
|---|---|
| Home Alert Discount | Included |
| Claim Record | 131.00 |

Inflation Coverage Index:    133.8

NOTICE:  Information concerning changes in your policy language is included.  Please call your agent if
you have any questions.

The Loss Settlement Provisions of your policy have changed.  Please read the enclosed Policy Booklet and
inserts.

*Thanks for letting us serve you.  We appreciate our long term customers.*
MARK KING
(334) 222-3106                              Prepared  AUG 26 1998

*See reverse side for important information.*
*Please keep this part for your record.*
Countersigned By:

IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.    A-1658-F282 F

| | |
|---|---|
| INSURED | JONES, JACOB N & PEGGY SUE |
| POLICY NUMBER | 01-10-9842-5    HO - HOMEOWNERS |

**PLEASE RETURN THIS PART WITH YOUR
CHECK MADE PAYABLE TO STATE FARM.**

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| OCT 08 1998 | $968.00 |

· Provide Loan No. Below.
BROADER COVERAGE IS AVAILABLE IF YOU:
ADD OPTION JF - JEWELRY AND FURS
IF YOU WISH TO MAKE THIS CHANGE, PLEASE
PAY A NEW TOTAL PREMIUM OF   $978.00.
CONTACT YOUR STATE FARM AGENT IF YOU HAVE ANY
QUESTIONS.

Please contact your State Farm
Agent to make any policy
changes.

0901811073
State Farm Insurance Companies

138-3076 f.3  Rev. 12-97  Printed in U.S.A.  (c1f0081j)
FOR OFFICE USE ONLY    0579

| | | | | | | |
|---|---|---|---|---|---|---|
| Prepared  AUG 26 1998 | | | REP | FIRE REN | $968.00 | 1107 |
| E *  9,J | 101  I | | | | | |

60097800 510831100096800  4011001098425011l9>

**CONTINUED FROM FRONT**

Mortgagee:  SOUTHTRUST BANK OF COVINGTON
            Loan No: N/A-Provide on front
2nd Mtg:    SOUTHTRUST BANK OF COVINGTON

**NOTICE TO POLICYHOLDER:**

For a comprehensive description of coverages and forms, please refer to your policy.
Your policy consists of this page, any endorsements referred to on this page and the policy form.  Please keep these together.
The Renewal Declarations Page replaces and supercedes all Declarations (see policy definition) previously issued with respect to this policy.

In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss.
Other deductibles may apply - refer to policy.

**Automatic Renewal** - If the **POLICY PERIOD** is shown as **12 MONTHS**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period.  If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

POLICY PERIOD:     12 MONTHS                    THE POLICY PERIOD BEGINS AND ENDS AT 12:01 AM
EFFECTIVE DATE:    10/08/98                     STANDARD TIME AT THE RESIDENCE PREMISES.
EXPIRATION DATE:   10/08/99

Policy changes requested before the "Date Prepared", which appear on this notice, are effective on the Renewal Date of this policy unless otherwise indicated by a separate endorsement, binder, or amended declarations. Any coverage forms attached to this notice are also effective on the Renewal Date of this policy.

Policy changes requested after the "Date Prepared" will be sent to you as an amended declarations or as an endorsement to your policy. Billing for any additional premium  for such changes will be mailed at a later date.

If, during the past year, you've  acquired any valuable property items, made any improvements to insured property, or have any questions about your insurance coverage, contact your State Farm agent.

138-3076 F.3  Rev. 12-97  Printed in U.S.A.  (o1f008pb)

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**

FP-7955
R (8/96)

# IMPORTANT NOTICE . . .



## about changes to your policy



Enclosed with this message is your new State Farm Homeowners Policy which replaces your current policy. In an effort to provide protection for policyholders at an affordable price, we periodically make changes to your policy. Some of these changes reduce or eliminate coverage. Others, although not intended to change coverage, could potentially reduce or eliminate coverage depending on court interpretations, and should, in that sense, be viewed as either actual or potential reductions in or eliminations of coverage. Some changes broaden or add coverage. One very important change in your policy is the elimination of Guaranteed Replacement Cost and Guaranteed Extra Coverage.

We want to point out that every policy contains limitations and exclusions. We encourage you to read your entire policy, and note the following changes:

## I. REDUCTIONS OR ELIMINATIONS OF COVERAGE

**GUARANTEED EXTRA COVERAGE** *(Current Homeowners Extra Form 5)* and
**GUARANTEED REPLACEMENT COST COVERAGE** *(Current Endorsement to Homeowners Special Form 3)*

- These coverages are eliminated. Your policy now has a stated limit of liability under Coverage A that reflects the maximum that will be paid in case of loss. If Option ID - Increased Dwelling Limit is shown in the Declarations of your new policy, it may provide an additional limit for damaged building structures. However, the most State Farm will pay for loss to property under Coverage A is the stated limit of liability, plus any additional limit provided by Option ID, if shown in the Declarations. The policy no longer provides a guarantee to replace your home regardless of the cost.

**SECTION I - COVERAGES, COVERAGE B - PERSONAL PROPERTY, Special Limits of Liability**

- Negotiable instruments, including checks, cashier's checks, traveler's checks, and money orders, are subject to a $1,000 limit.

- A $2,500 limit now applies to trading cards and comic books, including those in a collection.

**SECTION I - ADDITIONAL COVERAGES**

- Under Debris Removal, coverage for tree debris removal is now limited to $500.

- Land coverage is eliminated.

- Collapse is revised to provide coverage only for direct physical loss to covered property involving the sudden, entire collapse of a building or part of a building.

  - A definition of collapse is added. Collapse means fallen down or fallen into pieces. Sagging and bowing are added to the events that are not included under the definition of collapse.
  - The collapse must be caused by one of the perils described under item 11. Collapse.
  - Language is added stating that hidden decay must be to a supporting or weight bearing structural member of the building. Hidden insect or vermin damage must be to a structural member of the building.

- The $2,000 Temporary Living Expense Allowance coverage is eliminated.

FP-7955
R (8/96)

(CONTINUED INSIDE)

**SF-Jones**
SF-00349

Printed in U.S.A.



**STATE FARM INSURANCE COMPANIES®**

State Farm Fire and Casualty Company
100 State Farm Parkway
Birmingham, AL 35297-0001

POLICY NUMBER

01-10-9842-5

| | DATE DUE | PLEASE PAY THIS AMOUNT |
| --- | --- | --- |
| **HOMEOWNERS AVAILABLE COVERAGE NOTICE** | **SEE RENEWAL CERTIFICATE** | |

B-1658-F282  F H

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL  36420-9659

IT IS IMPORTANT THAT YOU OCCASIONALLY REVIEW THE COVERAGES AND LIMITS IN YOUR HOMEOWNERS POLICY TO BE CERTAIN YOUR NEEDS ARE BEING MET. THE FOLLOWING INFORMATION WILL ASSIST YOU IN THE REVIEW PROCESS.

THE COVERAGE LIMITS FOR COVERAGE A - DWELLING, COVERAGE B - PERSONAL PROPERTY. COVERAGE L - PERSONAL LIABILITY, AND COVERAGE M - MEDICAL PAYMENTS TO OTHERS ARE LISTED ON THE ACCOMPANYING RENEWAL NOTICE. PLEASE REVIEW THESE LIMITS TO DETERMINE IF THEY ARE ADEQUATE IN THE EVENT OF A LOSS.

THE FOLLOWING IS A **PARTIAL LIST** OF THE OPTIONAL COVERAGES YOU HAVE **NOT** ADDED TO YOUR POLICY. THEY MAY BE AVAILABLE TO YOU FOR AN ADDITIONAL PREMIUM.

Back-Up of Sewer or Drain (for damage caused by water from outside the plumbing system which backs up through sewers or drains)

Business Property (for higher limits)

Business Pursuits Liability (for teachers, school administrators, sales persons, and clerical workers)

Child Care Liability (for those providing child care in their home)

Earthquake

Incidental Business Liability (for those with an incidental office, studio, or school in the home)

Jewelry and Furs (for broadened coverage and higher limits)

Loss Assessment (for neighborhoods with Homeowners Associations)

Nurses Professional Liability (for those in the nursing profession)

Personal Injury (for your liability to others caused by libel, slander, invasion of privacy, false arrest)

Silverware/Goldware (for broadened coverage and higher limits)

**This notice contains only a general description of the coverages and is not a contract. All coverages are subject to the provisions in the policy itself.** Should you have a need for any of these coverages or higher limits, contact your State Farm Agent to discuss details, cost and eligibility.

*Special Notice*

*If you have a need for Flood Insurance, contact your agent to determine if you are eligible for coverage through the National Flood Insurance Program. A separate application is required.*

*Please keep this part for your record.*

MARK KING
(334) 222-3106

Prepared    AUG 24 2000

IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.

EXHIBIT

C



**STATE FARM INSURANCE COMPANIES®**
State Farm Fire and Casualty Company
100 State Farm Parkway
Birmingham, AL 35297-0001

**RENEWAL CERTIFICATE**

| POLICY NUMBER | HOMEOWNERS POLICY | DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|---|---|
| 01-10-9842-5 | OCT 08 2000 TO OCT 08 2001 | | BILLED THROUGH SFPP |

B-1658-F282  F H
JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL  36420-9659

Կանկիմliniiknilihikinilianililiniilihiilinilinikanilihikinililli

Location:  CO RD 43 1 1/4 MI N OF STRAGHR
SCHOOL ON E/S

SFPP No: 0373237609

**Loss Settlement Provisions (See Policy)**
A1 Replacement Cost - Similar Construction
B1 Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**
Homeowners Policy                      FP-7955
Ordinance/Law  10%/$  10,190           OPT  OL
Increase Dwlg up to $20,380            OPT  ID
Amendatory Endorsement                 FE-7201.2
Special Limits Endorsement             FE-5258
Policy Endorsement                   * FE-5320

*Effective: OCT 08 2000

**Coverages and Limits**
**Section I**
| A | Dwelling | | $101,900 |
|---|---|---|---|
| | Dwelling Extension | Up To | 10,190 |
| B | Personal Property | | 76,425 |
| C | Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**
All Losses                            1,000

**Section II**
| L | Personal Liability | $100,000 |
|---|---|---|
| | Damage to Property of Others | 500 |
| M | Medical Payments to Others (Each Person) | 1,000 |

**Annual Premium**                    $942.00

**Premium Reductions**
Your premium has already been reduced
by the following:
| Home Alert Discount | Included |
|---|---|
| Claim Record Discount | 210.00 |
| Home/Auto Discount | 28.00 |

Inflation Coverage Index:   143.3

NOTICE: Information concerning changes in your policy language is included. Please call your agent if you have any questions.

The State Farm replacement cost is an estimated replacement cost based on general information about your home.  It is developed from models that use cost of construction materials and labor rates for like homes in the area.  The actual cost to replace your home may be significantly different.  State Farm does not guarantee that this figure will represent the actual cost to replace your home.  You are responsible for selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate which State Farm will consider and accept, if reasonable.  Higher coverage amounts may be selected and will result in higher premiums.

*Thanks for letting us serve you.  We appreciate our long term customers.*
MARK KING
(334) 222-3106                    Prepared  AUG 24 2000

*See reverse side for important information.*
*Please keep this part for your record.*

| IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. | B-1658-F282 F | NOTE: DO NOT PAY - PREMIUM BILLED THROUGH STATE FARM PAYMENT PLAN. |
|---|---|---|

INSURED  JONES, JACOB N & PEGGY SUE

## CONTINUED FROM FRONT

Mortgagee:    SOUTHTRUST BANK NA

2nd Mtg:      SOUTHTRUST BANK OF COVINGTON

## CLAIM RECORD RATING PLAN

The longer you are insured with State Farm and the fewer claims you have that we consider for rating, the lower your rates. Under the Claim Record Rating Plan, the number of years consecutively insured with State Farm and the number of claims considered for rating that you have had within the last 3 years will determine whether a discount or charge will apply to your premium. Claims considered for rating are any claims resulting in a net paid loss, but we do not consider certain claims such as catastrophe claims arising from natural disasters or weather related claims. You may be able to reduce or eliminate the number of claims considered for rating your policy by selecting a higher deductible or, under appropriate circumstances, by eliminating the coverage or exposure involved in a liability claim.

This is a general summary of the Claim Record Rating Plan on file with your state. For further information, please contact your State Farm agent.

## NOTICE TO POLICYHOLDER:

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes requested before the "Date Prepared", which appear on this notice, are effective on the Renewal Date of this policy unless otherwise indicated by a separate endorsement, binder, or amended declarations. Any coverage forms attached to this notice are also effective on the Renewal Date of this policy.

Policy changes requested after the "Date Prepared" will be sent to you as an amended declarations or as an endorsement to your policy. Billing for any additional premium for such changes will be mailed at a later date.

If, during the past year, you've acquired any valuable property items, made any improvements to insured property, or have any questions about your insurance coverage, contact your State Farm agent.

Please keep this with your policy.

138-30761.4  Rev. 05-1999  Printed in U.S.A.  (o1f008qd)

**MOVING?  PLEASE CALL 1-800-MOVE-299 OR YOUR AGENT.  IF THIS IS NOT CONVENIENT, COMPLETE THE FOLLOWING.**

**STATE FARM INSURANCE COMPANIES®**

State Farm Fire and Casualty Company

100 State Farm Parkway
Birmingham, AL 35297-0001

B-2039-F282 F  H

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL  36420-9659

| | |
|---|---|
| POLICY NUMBER | 01-10-9842-5 |

**HOMEOWNERS AVAILABLE COVERAGE NOTICE**

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| | **SEE RENEWAL CERTIFICATE** |

IT IS IMPORTANT THAT YOU OCCASIONALLY REVIEW THE COVERAGES AND LIMITS IN YOUR HOMEOWNERS POLICY TO BE CERTAIN YOUR NEEDS ARE BEING MET. THE FOLLOWING INFORMATION WILL ASSIST YOU IN THE REVIEW PROCESS.

THE COVERAGE LIMITS FOR COVERAGE A - DWELLING, COVERAGE B - PERSONAL PROPERTY, COVERAGE L - PERSONAL LIABILITY, AND COVERAGE M - MEDICAL PAYMENTS TO OTHERS ARE LISTED ON THE ACCOMPANYING RENEWAL NOTICE. PLEASE REVIEW THESE LIMITS TO DETERMINE IF THEY ARE ADEQUATE IN THE EVENT OF A LOSS.

THE FOLLOWING IS A **PARTIAL LIST** OF THE OPTIONAL COVERAGES YOU HAVE **NOT** ADDED TO YOUR POLICY. THEY MAY BE AVAILABLE TO YOU FOR AN ADDITIONAL PREMIUM.

Back-Up of Sewer or Drain (for damage caused by water from outside the plumbing system which backs up through sewers or drains)

Business Property (for higher limits)

Business Pursuits Liability (for teachers, school administrators, sales persons, and clerical workers)

Child Care Liability (for those providing child care in their home)

Earthquake

Incidental Business Liability (for those with an incidental office, studio, or school in the home)

Jewelry and Furs (for broadened coverage and higher limits)

Loss Assessment (for neighborhoods with Homeowners Associations)

Nurses Professional Liability (for those in the nursing profession)

Personal Injury (for your liability to others caused by libel, slander, invasion of privacy, false arrest)

Silverware/Goldware (for broadened coverage and higher limits)

**This notice contains only a general description of the coverages and is not a contract. All coverages are subject to the provisions in the policy itself.** Should you have a need for any of these coverages or higher limits, contact your State Farm Agent to discuss details, cost and eligibility.

***Special Notice***

*If you have a need for Flood Insurance, contact your agent to determine if you are eligible for coverage through the National Flood Insurance Program. A separate application is required.*

*Please keep this part for your record.*

RON NALL
    (334) 222-3106

Prepared    AUG 24 2001

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.**

**EXHIBIT**

**D**



**STATE FARM INSURANCE COMPANIES®**
State Farm Fire and Casualty Company

100 State Farm Parkway
Birmingham, AL 35297-0001

B-2039-F282   F H

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL  36420-9659

Ilulllullulululllludludlullblbhudldlulll

Location:  CO RD 43 1 1/4 MI N OF STRAGHR
SCHOOL ON E/S

SFPP No: 0373237609

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**

| | |
|---|---|
| Homeowners Policy | FP-7955 |
| Ordinance/Law  10%/$  10,380 | OPT  OL |
| Increase Dwlg up to $20,760 | OPT  ID |
| Amendatory Endorsement | FE-7201.2 |
| Special Limits Endorsement | FE-5258 |
| Policy Endorsement | FE-5320 |
| Coverage 'A' Loss Settlement | *  FE-5273 |

*Effective: OCT 08 2001

---

**RENEWAL CERTIFICATE**

| POLICY NUMBER | 01-10-9842-5 |
|---|---|

HOMEOWNERS POLICY
OCT 08 2001  to  OCT 08 2002

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| BILLED THROUGH SFPP | |

**Coverages and Limits**
**Section I**

| | | |
|---|---|---|
| A  Dwelling | | $103,800 |
| Dwelling Extension | Up To | 10,380 |
| B  Personal Property | | 77,850 |
| C  Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**

| | |
|---|---|
| All Losses | 1,000 |

**Section II**

| | |
|---|---|
| L  Personal Liability | $100,000 |
| Damage to Property of Others | 500 |
| M  Medical Payments to Others (Each Person) | 1,000 |

| | |
|---|---|
| **Annual Premium** | $877.00 |

**Premium Reductions**
Your premium has already been reduced
by the following:

| | |
|---|---|
| Home Alert Discount | Included |
| Claim Record Discount | 195.00 |
| Home/Auto Discount | 26.00 |

Inflation Coverage Index:   145.7

---

NOTICE: Information concerning changes in your policy language is included.  Please call your agent if you have any questions.

The State Farm replacement cost is an estimated replacement cost based on general information about your home.  It is developed from models that use cost of construction materials and labor rates for like homes in the area.  The actual cost to replace your home may be significantly different.  State Farm does not guarantee that this figure will represent the actual cost to replace your home.  You are responsible for selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate which State Farm will consider and accept, if reasonable.  Higher coverage amounts may be selected and will result in higher premiums.

*Thanks for letting us serve you.  We appreciate our long term customers.*

RON NALL
(334) 222-3106

Prepared  AUG 24 2001

See reverse side for important information.
Please keep this part for your record.

| | | |
|---|---|---|
| **IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.** | B-2039-F282  F | **NOTE: DO NOT PAY - PREMIUM BILLED THROUGH STATE FARM PAYMENT PLAN.** |



INSURED  JONES, JACOB N & PEGGY SUE

**CONTINUED FROM FRONT**

Mortgagee:   SOUTHTRUST BANK NA

2nd Mtg:      SOUTHTRUST BANK OF COVINGTON

## CLAIM RECORD RATING PLAN

The longer you are insured with State Farm and the fewer claims you have that we consider for rating, the lower your rates. Under the Claim Record Rating Plan, the number of years consecutively insured with State Farm and the number of claims considered for rating that you have had within the last 3 years will determine whether a discount or charge will apply to your premium. Claims considered for rating are any claims resulting in a net paid loss, but we do not consider certain claims such as catastrophe claims arising from natural disasters or weather related claims. You may be able to reduce or eliminate the number of claims considered for rating your policy by selecting a higher deductible or, under appropriate circumstances, by eliminating the coverage or exposure involved in a liability claim.

This is a general summary of the Claim Record Rating Plan on file with your state. For further information, please contact your State Farm agent.

### NOTICE TO POLICYHOLDER:

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes requested before the "Date Prepared", which appear on this notice, are effective on the Renewal Date of this policy unless otherwise indicated by a separate endorsement, binder, or amended declarations. Any coverage forms attached to this notice are also effective on the Renewal Date of this policy.

Policy changes requested after the "Date Prepared" will be sent to you as an amended declarations or as an endorsement to your policy. Billing for any additional premium for such changes will be mailed at a later date.

If, during the past year, you've acquired any valuable property items, made any improvements to insured property, or have any questions about your insurance coverage, contact your State Farm agent.

Please keep this with your policy.

(o1f008qe) Rev. 02-2001

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**



**STATE FARM INSURANCE COMPANIES®**
State Farm Fire and Casualty Company

100 State Farm Parkway
Birmingham, AL 35297-0001

B-2039-F282  F H

**RENEWAL CERTIFICATE**

| POLICY NUMBER | 01-10-9842-5 |
|---|---|

HOMEOWNERS POLICY
OCT 08 2002  to  OCT 08 2003

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|

BILLED THROUGH SFPP

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL  36420-9659

**Coverages and Limits**
**Section I**

| | | | |
|---|---|---|---|
| A | Dwelling | | $107,200 |
| | Dwelling Extension | Up To | 10,720 |
| B | Personal Property | | 80,400 |
| C | Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**

| | |
|---|---|
| All Losses | 1,000 |

Location:  CO RD 43 1 1/4 MI N OF STRAGHR
SCHOOL ON E/S

SFPP No: 0373237609

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Section II**

| | | |
|---|---|---|
| L | Personal Liability | $100,000 |
| | Damage to Property of Others | 500 |
| M | Medical Payments to Others (Each Person) | 1,000 |

**Forms, Options, and Endorsements**

| | |
|---|---|
| Homeowners Policy | FP-7955 |
| Ordinance/Law  10%/$ 10,720 | OPT  OL |
| Increase Dwlg up to $21,440 | OPT  ID |
| Amendatory Endorsement | FE-7201.2 |
| Special Limits Endorsement | FE-5258 |
| Policy Endorsement | FE-5320 |
| Coverage 'A' Loss Settlement | FE-5273 |
| Fungus (Including Mold) Excl | * FE-5398 |

*Effective: OCT 08 2002

| Annual Premium | $490.00 |
|---|---|

**Premium Reductions**
Your premium has already been reduced
by the following:

| | |
|---|---|
| Home Alert Discount | Included |
| Claim Record Discount | 115.00 |
| Home/Auto Discount | 38.00 |

Inflation Coverage Index:  150.4

NOTICE:  Information concerning changes in your policy language is included.  Please call your agent if
you have any questions.

The State Farm replacement cost is an estimated replacement cost based on general information about your
home.  It is developed from models that use cost of construction materials and labor rates for like homes
in the area.  The actual cost to replace your home may be significantly different.  State Farm does not
guarantee that this figure will represent the actual cost to replace your home.  You are responsible for
selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate which
State Farm will consider and accept, if reasonable.  Higher coverage amounts may be selected and will
result in higher premiums.

**EXHIBIT**

*E*

*Thanks for letting us serve you.  We appreciate our long term customers.*
RON NALL
    (334) 222-3106

Prepared  AUG 26 2002

38 3061 3365

*See reverse side for important information.
Please keep this part for your record.*

| IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. | B-2039-F282  F | NOTE: DO NOT PAY - PREMIUM BILLED THROUGH STATE FARM PAYMENT PLAN. |
|---|---|---|



INSURED  JONES, JACOB N & PEGGY SUE

**CONTINUED FROM FRONT**

Mortgagee:   SOUTHTRUST BANK NA

2nd Mtg:       SOUTHTRUST BANK OF COVINGTON

## CLAIM RECORD RATING PLAN

The longer you are insured with State Farm and the fewer claims you have that we consider for rating, the lower your rates. Under the Claim Record Rating Plan, the number of years consecutively insured with State Farm and the number of claims considered for rating that you have had within the last 3 years will determine whether a discount or charge will apply to your premium. Claims considered for rating are any claims resulting in a net paid loss, but we do not consider certain claims such as catastrophe claims arising from natural disasters or weather related claims. You may be able to reduce or eliminate the number of claims considered for rating your policy by selecting a higher deductible or, under appropriate circumstances, by eliminating the coverage or exposure involved in a liability claim.

This is a general summary of the Claim Record Rating Plan on file with your state. For further information, please contact your State Farm agent.

### NOTICE TO POLICYHOLDER:

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes requested before the "Date Prepared", which appear on this notice, are effective on the Renewal Date of this policy unless otherwise indicated by a separate endorsement, binder, or amended declarations. Any coverage forms attached to this notice are also effective on the Renewal Date of this policy.

Policy changes requested after the "Date Prepared" will be sent to you as an amended declarations or as an endorsement to your policy. Billing for any additional premium for such changes will be mailed at a later date.

If, during the past year, you've acquired any valuable property items, made any improvements to insured property, or have any questions about your insurance coverage, contact your State Farm agent.

Please keep this with your policy.

(o1f008qe) Rev. 02-2001

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**



State Farm Fire and Casualty Company

100 State Farm Parkway
Birmingham, AL 35297-0001

B-2039-F282  FH

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL  36420-9802

սիվիսիսիսիսիսիսիսիսիսիսիսիսիսիս

**STATE FARM INSURANCE COMPANIES**
**RENEWAL CERTIFICATE**

| POLICY NUMBER | 01-10-9842-5 |
|---|---|

HOMEOWNERS POLICY
OCT 08 2003 to OCT 08 2004

| DATE DUE | PLEASE PAY THIS AMO |
|---|---|
| BILLED THROUGH SFPP | |

**Coverages and Limits**
**Section I**

| | | |
|---|---|---|
| A  Dwelling | | $108,30 |
| Dwelling Extension | Up To | 10,83 |
| B  Personal Property | | 81,22 |
| C  Loss of Use | | Actual Los Sustained |

**Deductibles - Section I**

| All Losses | 1,00 |
|---|---|

**Section II**

| L  Personal Liability | $100,00 |
|---|---|
| Damage to Property of Others | 500 |
| M  Medical Payments to Others (Each Person) | 1,000 |

Location:  CO RD 43 1 1/4 MI N OF STRAGHR
SCHOOL ON E/S

SFPP No: 0373237609

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**

| Homeowners Policy | FP-7955 |
|---|---|
| Amendatory Endorsement | FE-7201.2 |
| Ordinance/Law  10%/  $10,830 | OPT  OL |
| Special Limits Endorsement | FE-5258 |
| Increase Dwlg up to $21,660 | OPT  ID |
| Policy Endorsement | FE-5320 |
| Fungus (Including Mold) Excl | FE-5398 |

| Annual Premium | $586 |
|---|---|

**Premium Reductions**
Your premium has already been reduced
by the following:

| Claim Record Discount | 112. |
|---|---|
| Home/Auto Discount | 37. |

Inflation Coverage Index:   151.9

NOTICE: Effective with this renewal, the Coverage A Loss Settlement Endorsement, FE-5273, has been removed from your policy. Please see the enclosed IMPORTANT NOTICE.

The State Farm replacement cost is an estimated replacement cost based on general information about your home.  It is developed from models that use cost of construction materials and labor rates for like homes in the area.  The actual cost to replace your home may be significantly different.  State Farm does not guarantee that this figure will represent the actual cost to replace your home.  You are responsible for selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate which State Farm will consider and accept, if reasonable.  Higher coverage amounts may be selected and will result in higher premiums.

EXHIBIT
**F**
PENGAD-Bayonne, N. J.

*Thanks for letting us serve you.  We appreciate our long term customers.*

Agent  RON NALL
Telephone  (334) 222-3106

38 3150 6665

See reverse side for important information.
Please keep this part for your record.

Prepared  AUG 25 2003

SEPTEMBER 01, 2004

Fire Policy Status

MORTGAGEE
  COVINGTON COUNTY BANK
  PO BOX 518
  ANDALUSIA AL        36420-0518

                        Prior Carrier Losses: N

                        Prem adj: -    HA     /- 15%CRR$   140
                                  - 15%MLD$   119

                        FMP seg: 02

           Insurance to Value                    Inspection
  Repl cost:    119000   IV Percentages    Reinsp compl 03-11-97 by agent
                          Repl cost:  98
  Current cov:   116900
  Area adj fact:   1.39       Rate: 100
  Square footage:  2128

Replacement Cost Criteria
  Masonry
  1 Story
  Year built: 1970
  Standard
  No basement

Additional Building Features
  1 Fireplace hearth
  1 Masonry chimney
  1 Family
  Central air

