# EXHIBIT "E"

FP-7955
R (8/96)

# IMPORTANT NOTICE . . .



## about changes to your policy



Enclosed with this message is your new State Farm Homeowners Policy which replaces your current policy. In an effort to provide protection for policyholders at an affordable price, we periodically make changes to your policy. Some of these changes reduce or eliminate coverage. Others, although not intended to change coverage, could potentially reduce or eliminate coverage depending on court interpretations, and should, in that sense, be viewed as either actual or potential reductions in or eliminations of coverage. Some changes broaden or add coverage. One very important change in your policy is the elimination of Guaranteed Replacement Cost and Guaranteed Extra Coverage.

We want to point out that every policy contains limitations and exclusions. We encourage you to read your entire policy, and note the following changes:

## I. REDUCTIONS OR ELIMINATIONS OF COVERAGE

### GUARANTEED EXTRA COVERAGE *(Current Homeowners Extra Form 5)* and
### GUARANTEED REPLACEMENT COST COVERAGE *(Current Endorsement to Homeowners Special Form 3)*

- These coverages are eliminated. Your policy now has a stated limit of liability under Coverage A that reflects the maximum that will be paid in case of loss. If Option ID - Increased Dwelling Limit is shown in the Declarations of your new policy, it may provide an additional limit for damaged building structures. However, the most State Farm will pay for loss to property under Coverage A is the stated limit of liability, plus any additional limit provided by Option ID, if shown in the Declarations. The policy no longer provides a guarantee to replace your home regardless of the cost.

### SECTION I - COVERAGES, COVERAGE B - PERSONAL PROPERTY, Special Limits of Liability

- Negotiable instruments, including checks, cashier's checks, traveler's checks, and money orders, are subject to a $1,000 limit.

- A $2,500 limit now applies to trading cards and comic books, including those in a collection.

### SECTION I - ADDITIONAL COVERAGES

- Under Debris Removal, coverage for tree debris removal is now limited to $500.

- Land coverage is eliminated.

- Collapse is revised to provide coverage only for direct physical loss to covered property involving the sudden, entire collapse of a building or part of a building.

  - A definition of collapse is added. Collapse means fallen down or fallen into pieces. Sagging and bowing are added to the events that are not included under the definition of collapse.
  - The collapse must be caused by one of the perils described under item 11. Collapse.
  - Language is added stating that hidden decay must be to a supporting or weight bearing structural member of the building. Hidden insect or vermin damage must be to a structural member of the building.

- The $2,000 Temporary Living Expense Allowance coverage is eliminated.

FP-7955
R (8/96)

(CONTINUED INSIDE)

**SF-Jones**
SF-00349

Printed in U.S.A.



EXHIBIT

E

**SECTION I - LOSSES INSURED, COVERAGE B - PERSONAL PROPERTY**

- Vehicles, item 6., is revised to state that loss by a vehicle means impact by a vehicle.

**SECTION I - LOSSES NOT INSURED**

- Hot tubs and spas are no longer covered for loss consisting of or caused by freezing, thawing, pressure or weight of water or ice. Language is added to exclude the filtration and circulation systems of hot tubs, spas and swimming pools for these perils.

- Losses consisting of or caused by continuous or repeated seepage or leakage of water or steam over a period of time are now excluded, without regard to whether there is any resulting deterioration, corrosion, rust, mold, or wet or dry rot.

- Losses consisting of or caused by fungus are not covered.

- Losses consisting of or caused by pressure from or presence of tree, shrub or plant roots are not covered.

- The following losses resulting from Earth Movement are eliminated from coverage:

  - explosion other than explosion of a volcano;
  - theft;
  - breakage of dwelling glass or safety glazing material.

- The definition of Water Damage is revised to eliminate loss caused by all water below the surface of the ground.

**SECTION I - LOSS SETTLEMENT, COVERAGE A - DWELLING, A1 - Replacement Cost Loss Settlement - Similar Construction** (if shown in the Declarations)

- The basis for repair or replacement of damage to property will be similar construction rather than equivalent construction.

- Wood fences are no longer covered for replacement cost. Payment is limited to the actual cash value of the damage to the fence at the time of the loss. *(Applies only to current Homeowners Extra Form 5.)*

- You are now required to complete the actual repair or replacement within two years after the date of loss and notify us within 30 days after the work has been completed in order to receive any additional payments on a replacement cost basis.

**SECTION I - LOSS SETTLEMENT, COVERAGE A - DWELLING, A2 - Replacement Cost Loss Settlement - Common Construction** (if shown in the Declarations)

- Wood fences are no longer covered for replacement cost. Payment is limited to the actual cash value of the damage to the fence at the time of the loss. *(Applies only to current Homeowners Extra Form 5.)*

- You are now required to complete the actual repair or replacement within two years after the date of loss and notify us within 30 days after the work has been completed in order to receive any additional payments on a replacement cost basis.

**SECTION I - LOSS SETTLEMENT, COVERAGE B - PERSONAL PROPERTY, B1 - Limited Replacement Cost Loss Settlement** (if shown in the Declarations)

- Language is revised to indicate that we will not pay more than our cost to replace an item.

**SECTION I - CONDITIONS**

- Our Option is revised to state that we may, at our option, repair or replace the damaged or stolen property with similar property, rather than equivalent property.

**SF-Jones**
SF-00350

(CONTINUED ON INSIDE BACK COVER)

# EXHIBIT "F"



**STATE FARM INSURANCE COMPANIES**

State Farm Fire and Casualty Company

100 State Farm Parkway
Birmingham, AL 35297-0001

B-2039-F282   F H

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL   36420-9802

Location:  CO RD 43 1 1/4 MI N OF STRAGHR
SCHOOL ON E/S

SFPP No: 0373237609

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**

| | |
|---|---|
| Homeowners Policy | FP-7955 |
| Amendatory Endorsement | FE-7201.2 |
| Ordinance/Law 10%/ $10,830 | OPT  OL |
| Special Limits Endorsement | FE-5258 |
| Increase Dwlg up to $21,660 | OPT  ID |
| Policy Endorsement | FE-5320 |
| Fungus (Including Mold) Excl | FE-5398 |

---

**RENEWAL CERTIFICATE**

| POLICY NUMBER | 01-10-9842-5 |
|---|---|
| HOMEOWNERS POLICY | |
| OCT 08 2003  to  OCT 08 2004 | |

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| BILLED THROUGH SFPP | |

**Coverages and Limits**
**Section I**

| | | |
|---|---|---|
| A  Dwelling | | $108,300 |
| Dwelling Extension | Up To | 10,830 |
| B  Personal Property | | 81,225 |
| C  Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**

| | |
|---|---|
| All Losses | 1,000 |

**Section II**

| | |
|---|---|
| L  Personal Liability | $100,000 |
| Damage to Property of Others | 500 |
| M  Medical Payments to Others (Each Person) | 1,000 |

| | |
|---|---|
| **Annual Premium** | $586.00 |

**Premium Reductions**
Your premium has already been reduced
by the following:

| | |
|---|---|
| Claim Record Discount | 112.00 |
| Home/Auto Discount | 37.00 |

Inflation Coverage Index:   151.9

---

NOTICE: Effective with this renewal, the Coverage A Loss Settlement Endorsement, FE-5273, has been removed from your policy. Please see the enclosed IMPORTANT NOTICE.

The State Farm replacement cost is an estimated replacement cost based on general information about your home. It is developed from models that use cost of construction materials and labor rates for like homes in the area. The actual cost to replace your home may be significantly different. State Farm does not guarantee that this figure will represent the actual cost to replace your home. You are responsible for selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate which State Farm will consider and accept, if reasonable. Higher coverage amounts may be selected and will result in higher premiums.



EXHIBIT
F

*Thanks for letting us serve you. We appreciate our long term customers.*

Agent  RON NALL
Telephone  (334) 222-3106

Prepared  AUG 25 2003

38 3150 6665

*See reverse side for important information.*
*Please keep this part for your record.*



STATE FARM INSURANCE COMPANIES

State Farm Fire and Casualty Company

100 State Farm Parkway
Birmingham, AL 35297-0001

B-2039-F282 F H

| POLICY NUMBER | 01-10-9842-5 |
|---|---|
| **HOMEOWNERS AVAILABLE COVERAGE NOTICE** | |

| DATE DUE | PLEASE PAY THIS AMOUN |
|---|---|
| **SEE RENEWAL CERTIFICATE** | |

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL  36420-9802

IT IS IMPORTANT THAT YOU OCCASIONALLY REVIEW THE COVERAGES AND LIMITS IN YOUR HOMEOWNERS POLICY TO BE CERTAIN YOUR NEEDS ARE BEING MET. THE FOLLOWING INFORMATION WILL ASSIST YOU IN THE REVIEW PROCESS.

THE COVERAGE LIMITS FOR COVERAGE A - DWELLING, COVERAGE B - PERSONAL PROPERTY, COVERAGE L - PERSONAL LIABILITY, AND COVERAGE M - MEDICAL PAYMENTS TO OTHERS ARE LISTED ON THE ACCOMPANYING RENEWAL NOTICE. PLEASE REVIEW THESE LIMITS TO DETERMINE IF THEY ARE ADEQUATE IN THE EVENT OF A LOSS.

THE FOLLOWING IS A **PARTIAL LIST** OF THE OPTIONAL COVERAGES YOU HAVE **NOT** ADDED TO YOUR POLICY. THEY MAY BE AVAILABLE TO YOU FOR AN ADDITIONAL PREMIUM.

Back-Up of Sewer or Drain (for damage caused by water from outside the plumbing system which backs up through sewers or drains)

Building Ordinance or Law (higher limits)

Business Property (for higher limits)

Business Pursuits Liability (for teachers, school administrators, sales persons, and clerical workers)

Child Care Liability (for those providing child care in their home)

Earthquake

Firearms (for broadened coverage and higher limits)

Home Computers (for higher limits)

Incidental Business Liability (for those with an incidental office, studio, or school in the home)

Jewelry and Furs (for broadened coverage and higher limits)

Loss Assessment (for neighborhoods with Homeowners Associations)

Nurses Professional Liability (for those in the nursing profession)

Personal Injury (for your liability to others caused by certain acts of libel, slander, invasion of privacy, false arrest)

**Optional Coverages continued on the reverse side**

**This notice contains only a general description of the coverages and is not a contract. All coverages are subject to the provisions in the policy itself.** Should you have a need for any of these coverages or higher limits, contact your State Farm Agent to discuss details, cost and eligibility. *Special Notice*

*If you have a need for Flood Insurance, contact your agent to determine if you are eligible for coverage through the National Flood Insurance Program. A separate application is required.*

Agent  RON NALL
Telephone  (334) 222-3106

*Please keep this part for your record.*

Prepared   AUG 25 2000

# EXHIBIT "G"

b. defect, weakness, inadequacy, fault or unsoundness in:

(1) planning, zoning, development, surveying, siting;

(2) design, specifications, workmanship, construction, grading, compaction;

(3) materials used in construction or repair; or

(4) maintenance;

**SECTION I - LOSS SETTLEMENT**

Only the Loss Settlement provisions shown in the **Declarations** apply. We will settle covered property losses according to the following.

**COVERAGE A - DWELLING**

**1. A1 - Replacement Cost Loss Settlement - Similar Construction.**

a. We will pay the cost to repair or replace with similar construction and for the same use on the premises shown in the **Declarations**, the damaged part of the property covered under **SECTION I - COVERAGES, COVERAGE A - DWELLING**, except for wood fences, subject to the following:

(1) until actual repair or replacement is completed, we will pay only the actual cash value at the time of the loss of the damaged part of the property, up to the applicable limit of liability shown in the **Declarations**, not to exceed the cost to repair or replace the damaged part of the property;

(2) when the repair or replacement is actually completed, we will pay the covered additional amount you actually and necessarily spend to repair or replace the damaged part of the property, or an amount up to the applicable limit of liability shown in the **Declarations**, whichever is less;

(3) to receive any additional payments on a replacement cost basis, you must complete the actual repair or replacement of the damaged part of the property within two years after the date of loss, and notify us within 30 days after the work has been completed; and

of any property (including land, structures, or improvements of any kind) whether on or off the **residence premises;** or

c. weather conditions.

However, we do insure for any resulting loss from items a., b. and c. unless the resulting loss is itself a Loss Not Insured by this Section.

(4) we will not pay for increased costs resulting from enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, except as provided under **Option OL - Building Ordinance or Law Coverage.**

b. Wood Fences: We will pay the actual cash value at the time of loss for loss or damage to wood fences, not to exceed the limit of liability shown in the **Declarations** for **COVERAGE A - DWELLING EXTENSION.**

**2. A2 - Replacement Cost Loss Settlement - Common Construction.**

a. We will pay the cost to repair or replace with common construction and for the same use on the premises shown in the **Declarations**, the damaged part of the property covered under **SECTION I - COVERAGES, COVERAGE A - DWELLING**, except for wood fences, subject to the following:

(1) we will pay only for repair or replacement of the damaged part of the property with common construction techniques and materials commonly used by the building trades in standard new construction. We will not pay the cost to repair or replace obsolete, antique or custom construction with like kind and quality;

(2) until actual repair or replacement is completed, we will pay only the actual cash value at the time of the loss of the damaged part of the property, up to the applicable limit of liability shown in the **Declarations**, not to exceed the cost to repair or

**SF-Jones**
SF-00362

FP-7955

# EXHIBIT "H"

**STATE FARM INSURANCE COMPANIES®**

State Farm Fire and Casualty Company
100 State Farm Parkway
Birmingham, AL 35297-0001

POLICY NUMBER
01-10-9842-5

**HOMEOWNERS AVAILABLE COVERAGE NOTICE**

| | DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|---|
| | | SEE RENEWAL CERTIFICATE |

B-1658-F282  F H

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL  36420-9659

IT IS IMPORTANT THAT YOU OCCASIONALLY REVIEW THE COVERAGES AND LIMITS IN YOUR HOMEOWNERS POLICY TO BE CERTAIN YOUR NEEDS ARE BEING MET. THE FOLLOWING INFORMATION WILL ASSIST YOU IN THE REVIEW PROCESS.

THE COVERAGE LIMITS FOR COVERAGE A - DWELLING, COVERAGE B - PERSONAL PROPERTY, COVERAGE L - PERSONAL LIABILITY, AND COVERAGE M - MEDICAL PAYMENTS TO OTHERS ARE LISTED ON THE ACCOMPANYING RENEWAL NOTICE. PLEASE REVIEW THESE LIMITS TO DETERMINE IF THEY ARE ADEQUATE IN THE EVENT OF A LOSS.

THE FOLLOWING IS A **PARTIAL LIST** OF THE OPTIONAL COVERAGES YOU HAVE **NOT** ADDED TO YOUR POLICY. THEY MAY BE AVAILABLE TO YOU FOR AN ADDITIONAL PREMIUM.

Back-Up of Sewer or Drain (for damage caused by water from outside the plumbing system which backs up through sewers or drains)

Business Property (for higher limits)

Business Pursuits Liability (for teachers, school administrators, sales persons, and clerical workers)

Child Care Liability (for those providing child care in their home)

Earthquake

Incidental Business Liability (for those with an incidental office, studio, or school in the home)

Jewelry and Furs (for broadened coverage and higher limits)

Loss Assessment (for neighborhoods with Homeowners Associations)

Nurses Professional Liability (for those in the nursing profession)

Personal Injury (for your liability to others caused by libel, slander, invasion of privacy, false arrest)

Silverware/Goldware (for broadened coverage and higher limits)

**This notice contains only a general description of the coverages and is not a contract. All coverages are subject to the provisions in the policy itself.** Should you have a need for any of these coverages or higher limits, contact your State Farm Agent to discuss details, cost and eligibility.

**\*Special Notice\***

*If you have a need for Flood Insurance, contact your agent to determine if you are eligible for coverage through the National Flood Insurance Program. A separate application is required.*

*Please keep this part for your record.*

MARK KING
(334) 222-3106

Prepared    AUG 24 2000



EXHIBIT
**H**

IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.



**STATE FARM INSURANCE COMPANIES®**

State Farm Fire and Casualty Company
100 State Farm Parkway
Birmingham, AL 35297-0001

## RENEWAL CERTIFICATE

| POLICY NUMBER | HOMEOWNERS POLICY | DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|---|---|
| 01-10-9842-5 | OCT 08 2000 TO OCT 08 2001 | | BILLED THROUGH SFPP |

B-1658-F282   F H

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL  36420-9659

Location:  CO RD 43 1 1/4 MI N OF STRAGHR
SCHOOL ON E/S

SFPP No: 0373237609

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**
| | |
|---|---|
| Homeowners Policy | FP-7955 |
| Ordinance/Law  10%/$ 10,190 | OPT  OL |
| Increase Dwlg up to $20,380 | OPT  ID |
| Amendatory Endorsement | FE-7201.2 |
| Special Limits Endorsement | FE-5258 |
| Policy Endorsement | * FE-5320 |

*Effective: OCT 08 2000

**Coverages and Limits**
**Section I**
| | | | |
|---|---|---|---|
| A | Dwelling | | $101,900 |
| | Dwelling Extension | Up To | 10,190 |
| B | Personal Property | | 76,425 |
| C | Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**
| | |
|---|---|
| All Losses | 1,000 |

**Section II**
| | | |
|---|---|---|
| L | Personal Liability | $100,000 |
| | Damage to Property of Others | 500 |
| M | Medical Payments to Others (Each Person) | 1,000 |

**Annual Premium**                                    $942.00

**Premium Reductions**
Your premium has already been reduced
by the following:
| | |
|---|---|
| Home Alert Discount | Included |
| Claim Record Discount | 210.00 |
| Home/Auto Discount | 28.00 |

Inflation Coverage Index:   143.3

NOTICE:  Information concerning changes in your policy language is included.  Please call your agent if
you have any questions.

The State Farm replacement cost is an estimated replacement cost based on general information about your
home.  It is developed from models that use cost of construction materials and labor rates for like homes
in the area.  The actual cost to replace your home may be significantly different.  State Farm does not
guarantee that this figure will represent the actual cost to replace your home.  You are responsible for
selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate which
State Farm will consider and accept, if reasonable.  Higher coverage amounts may be selected and will
result in higher premiums.

*Thanks for letting us serve you.  We appreciate our long term customers.*
MARK KING
(334) 222-3106                        Prepared  AUG 24 2000

*See reverse side for important information.*
*Please keep this part for your record.*

IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.        B-1658-F282  F

NOTE: DO NOT PAY - PREMIUM BILLED
THROUGH STATE FARM PAYMENT PLAN.

INSURED  JONES, JACOB N & PEGGY SUE

**CONTINUED FROM FRONT**

Mortgagee:   SOUTHTRUST BANK NA

2nd Mtg:     SOUTHTRUST BANK OF COVINGTON

## CLAIM RECORD RATING PLAN

The longer you are insured with State Farm and the fewer claims you have that we consider for rating, the lower your rates. Under the Claim Record Rating Plan, the number of years consecutively insured with State Farm and the number of claims considered for rating that you have had within the last 3 years will determine whether a discount or charge will apply to your premium. Claims considered for rating are any claims resulting in a net paid loss, but we do not consider certain claims such as catastrophe claims arising from natural disasters or weather related claims. You may be able to reduce or eliminate the number of claims considered for rating your policy by selecting a higher deductible or, under appropriate circumstances, by eliminating the coverage or exposure involved in a liability claim.

This is a general summary of the Claim Record Rating Plan on file with your state. For further information, please contact your State Farm agent.

## NOTICE TO POLICYHOLDER:

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes requested before the "Date Prepared", which appear on this notice, are effective on the Renewal Date of this policy unless otherwise indicated by a separate endorsement, binder, or amended declarations. Any coverage forms attached to this notice are also effective on the Renewal Date of this policy.

Policy changes requested after the "Date Prepared" will be sent to you as an amended declarations or as an endorsement to your policy. Billing for any additional premium for such changes will be mailed at a later date.

If, during the past year, you've acquired any valuable property items, made any improvements to insured property, or have any questions about your insurance coverage, contact your State Farm agent.

Please keep this with your policy.

138-3076f.4  Rev. 05-1999  Printed in U.S.A.  (o1f008qd)

**MOVING? PLEASE CALL 1-800-MOVE-299 OR YOUR AGENT. IF THIS IS NOT CONVENIENT, COMPLETE THE FOLLOWING.**

# EXHIBIT "I"



**STATE FARM INSURANCE COMPANIES®**

State Farm Fire and Casualty Company

100 State Farm Parkway
Birmingham, AL 35297-0001

B-2039-F282 F  H

| POLICY NUMBER | 01-10-9842-5 |
|---|---|
| **HOMEOWNERS AVAILABLE COVERAGE NOTICE** | |
| DATE DUE | PLEASE PAY THIS AMOUNT |
| | **SEE RENEWAL CERTIFICATE** |

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL  36420-9659

IT IS IMPORTANT THAT YOU OCCASIONALLY REVIEW THE COVERAGES AND LIMITS IN YOUR HOMEOWNERS POLICY TO BE CERTAIN YOUR NEEDS ARE BEING MET. THE FOLLOWING INFORMATION WILL ASSIST YOU IN THE REVIEW PROCESS.

THE COVERAGE LIMITS FOR COVERAGE A - DWELLING, COVERAGE B - PERSONAL PROPERTY, COVERAGE L - PERSONAL LIABILITY, AND COVERAGE M - MEDICAL PAYMENTS TO OTHERS ARE LISTED ON THE ACCOMPANYING RENEWAL NOTICE. PLEASE REVIEW THESE LIMITS TO DETERMINE IF THEY ARE ADEQUATE IN THE EVENT OF A LOSS.

THE FOLLOWING IS A **PARTIAL LIST** OF THE OPTIONAL COVERAGES YOU HAVE **NOT** ADDED TO YOUR POLICY. THEY MAY BE AVAILABLE TO YOU FOR AN ADDITIONAL PREMIUM.

Back-Up of Sewer or Drain (for damage caused by water from outside the plumbing system which backs up through sewers or drains)

Business Property (for higher limits)

Business Pursuits Liability (for teachers, school administrators, sales persons, and clerical workers)

Child Care Liability (for those providing child care in their home)

Earthquake

Incidental Business Liability (for those with an incidental office, studio, or school in the home)

Jewelry and Furs (for broadened coverage and higher limits)

Loss Assessment (for neighborhoods with Homeowners Associations)

Nurses Professional Liability (for those in the nursing profession)

Personal Injury (for your liability to others caused by libel, slander, invasion of privacy, false arrest)

Silverware/Goldware (for broadened coverage and higher limits)

**This notice contains only a general description of the coverages and is not a contract. All coverages are subject to the provisions in the policy itself.** Should you have a need for any of these coverages or higher limits, contact your State Farm Agent to discuss details, cost and eligibility.

*Special Notice*

*If you have a need for Flood Insurance, contact your agent to determine if you are eligible for coverage through the National Flood Insurance Program. A separate application is required.*

*Please keep this part for your record.*

RON NALL
(334) 222-3106

Prepared    AUG 24 2001

EXHIBIT
*I*

IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.



**STATE FARM INSURANCE COMPANIES®**

State Farm Fire and Casualty Company

100 State Farm Parkway
Birmingham, AL 35297-0001

B-2039-F282   F H

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL   36420-9659

Illdllllldldllllddlldlldlldlllllldldldll

| RENEWAL CERTIFICATE | |
|---|---|
| POLICY NUMBER | 01-10-9842-5 |
| HOMEOWNERS POLICY OCT 08 2001  to  OCT 08 2002 | |

| DATE DUE | PLEASE PAY THIS AMOUNT |
|---|---|
| BILLED THROUGH SFPP | |

**Coverages and Limits**
**Section I**

| | | |
|---|---|---|
| A  Dwelling | | $103,800 |
| Dwelling Extension | Up To | 10,380 |
| B  Personal Property | | 77,850 |
| C  Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**

| | |
|---|---|
| All Losses | 1,000 |

**Section II**

| | |
|---|---|
| L  Personal Liability | $100,000 |
| Damage to Property of Others | 500 |
| M  Medical Payments to Others (Each Person) | 1,000 |

Location:   CO RD 43 1 1/4 MI N OF STRAGHR
SCHOOL ON E/S

SFPP No: 0373237609

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**
Homeowners Policy                          FP-7955
Ordinance/Law  10%/$  10,380           OPT  OL
Increase Dwlg up to $20,760            OPT  ID
Amendatory Endorsement                 FE-7201.2
Special Limits Endorsement             FE-5258
Policy Endorsement                        FE-5320
Coverage 'A' Loss Settlement         * FE-5273

*Effective: OCT 08 2001

**Annual Premium**                              $877.00

**Premium Reductions**
Your premium has already been reduced
by the following:

| | |
|---|---|
| Home Alert Discount | Included |
| Claim Record Discount | 195.00 |
| Home/Auto Discount | 26.00 |

Inflation Coverage Index:   145.7

NOTICE:  Information concerning changes in your policy language is included.  Please call your agent if you have any questions.

The State Farm replacement cost is an estimated replacement cost based on general information about your home.  It is developed from methods that use cost of construction materials and labor rates for like homes in the area.  The actual cost to replace your home may be significantly different.  State Farm does not guarantee that this figure will represent the actual cost to replace your home.  You are responsible for selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate which State Farm will consider and accept, if reasonable.  Higher coverage amounts may be selected and will result in higher premiums.

*Thanks for letting us serve you.  We appreciate our long term customers.*
RON NALL
(334) 222-3106

Prepared  AUG 24 2001

See reverse side for important information.
Please keep this part for your record.

IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.     B-2039-F282  F

   INSURED   JONES, JACOB N & PEGGY SUE

| NOTE: DO NOT PAY - PREMIUM BILLED THROUGH STATE FARM PAYMENT PLAN. |
|---|

**CONTINUED FROM FRONT**

Mortgagee:   SOUTHTRUST BANK NA

2nd Mtg:     SOUTHTRUST BANK OF COVINGTON

## CLAIM RECORD RATING PLAN

The longer you are insured with State Farm and the fewer claims you have that we consider for rating, the lower your rates. Under the Claim Record Rating Plan, the number of years consecutively insured with State Farm and the number of claims considered for rating that you have had within the last 3 years will determine whether a discount or charge will apply to your premium. Claims considered for rating are any claims resulting in a net paid loss, but we do not consider certain claims such as catastrophe claims arising from natural disasters or weather related claims. You may be able to reduce or eliminate the number of claims considered for rating your policy by selecting a higher deductible or, under appropriate circumstances, by eliminating the coverage or exposure involved in a liability claim.

This is a general summary of the Claim Record Rating Plan on file with your state. For further information, please contact your State Farm agent.

## NOTICE TO POLICYHOLDER:

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes requested before the "Date Prepared", which appear on this notice, are effective on the Renewal Date of this policy unless otherwise indicated by a separate endorsement, binder, or amended declarations. Any coverage forms attached to this notice are also effective on the Renewal Date of this policy.

Policy changes requested after the "Date Prepared" will be sent to you as an amended declarations or as an endorsement to your policy. Billing for any additional premium for such changes will be mailed at a later date.

If, during the past year, you've acquired any valuable property items, made any improvements to insured property, or have any questions about your insurance coverage, contact your State Farm agent.

Please keep this with your policy.

(o1f008qe) Rev. 02-2001

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**

# EXHIBIT "J"



**STATE FARM INSURANCE COMPANIES®**

State Farm Fire and Casualty Company

100 State Farm Parkway
Birmingham, AL 35297-0001

B-2039-F282  F H

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL  36420-9659

| RENEWAL CERTIFICATE | |
|---|---|
| **POLICY NUMBER** | 01-10-9842-5 |
| HOMEOWNERS POLICY OCT 08 2002 to OCT 08 2003 | |
| **DATE DUE** | **PLEASE PAY THIS AMOUNT** |
| BILLED THROUGH SFPP | |

**Coverages and Limits**
**Section I**

| | | | |
|---|---|---|---|
| A | Dwelling | | $107,200 |
| | Dwelling Extension | Up To | 10,720 |
| B | Personal Property | | 80,400 |
| C | Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**

| | |
|---|---|
| All Losses | 1,000 |

Location:  CO RD 43 1 1/4 MI N OF STRAGHR
SCHOOL ON E/S

SFPP No: 0373237609

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Section II**

| | | |
|---|---|---|
| L | Personal Liability | $100,000 |
| | Damage to Property of Others | 500 |
| M | Medical Payments to Others (Each Person) | 1,000 |

**Forms, Options, and Endorsements**

| | |
|---|---|
| Homeowners Policy | FP-7955 |
| Ordinance/Law  10%/$  10,720 | OPT  OL |
| Increase Dwlg up to $21,440 | OPT  ID |
| Amendatory Endorsement | FE-7201.2 |
| Special Limits Endorsement | FE-5258 |
| Policy Endorsement | FE-5320 |
| Coverage 'A' Loss Settlement | FE-5273 |
| Fungus (Including Mold) Excl | * FE-5398 |

*Effective: OCT 08 2002

**Annual Premium** $490.00

**Premium Reductions**
Your premium has already been reduced
by the following:

| | |
|---|---|
| Home Alert Discount | Included |
| Claim Record Discount | 115.00 |
| Home/Auto Discount | 38.00 |

Inflation Coverage Index:  150.4

NOTICE:  Information concerning changes in your policy language is included.  Please call your agent if you have any questions.

The State Farm replacement cost is an estimated replacement cost based on general information about your home.  It is developed from models that use cost of construction materials and labor rates for like homes in the area.  The actual cost to replace your home may be significantly different.  State Farm does not guarantee that this figure will represent the actual cost to replace your home.  You are responsible for selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate which State Farm will consider and accept, if reasonable.  Higher coverage amounts may be selected and will result in higher premiums.

**EXHIBIT**

**J**

PENGAD-Bayonne, N. J.

*Thanks for letting us serve you.  We appreciate our long term customers.*
RON NALL
(334) 222-3106

38 3061 3365

*See reverse side for important information.
Please keep this part for your record.*

Prepared  AUG 26 2002



IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT.    B-2039-F282  F

| NOTE: DO NOT PAY - PREMIUM BILLED THROUGH STATE FARM PAYMENT PLAN. |
|---|

INSURED  JONES, JACOB N & PEGGY SUE

**CONTINUED FROM FRONT**

Mortgagee:   SOUTHTRUST BANK NA

2nd Mtg:      SOUTHTRUST BANK OF COVINGTON

## CLAIM RECORD RATING PLAN

The longer you are insured with State Farm and the fewer claims you have that we consider for rating, the lower your rates. Under the Claim Record Rating Plan, the number of years consecutively insured with State Farm and the number of claims considered for rating that you have had within the last 3 years will determine whether a discount or charge will apply to your premium. Claims considered for rating are any claims resulting in a net paid loss, but we do not consider certain claims such as catastrophe claims arising from natural disasters or weather related claims. You may be able to reduce or eliminate the number of claims considered for rating your policy by selecting a higher deductible or, under appropriate circumstances, by eliminating the coverage or exposure involved in a liability claim.

This is a general summary of the Claim Record Rating Plan on file with your state. For further information, please contact your State Farm agent.

### NOTICE TO POLICYHOLDER:

For a comprehensive description of coverages and forms, please refer to your policy.

Policy changes requested before the "Date Prepared", which appear on this notice, are effective on the Renewal Date of this policy unless otherwise indicated by a separate endorsement, binder, or amended declarations. Any coverage forms attached to this notice are also effective on the Renewal Date of this policy.

Policy changes requested after the "Date Prepared" will be sent to you as an amended declarations or as an endorsement to your policy. Billing for any additional premium for such changes will be mailed at a later date.

If, during the past year, you've acquired any valuable property items, made any improvements to insured property, or have any questions about your insurance coverage, contact your State Farm agent.

Please keep this with your policy.

(o1f008qe) Rev. 02-2001

**IF YOU HAVE MOVED, PLEASE CONTACT YOUR AGENT. IF THIS IS NOT CONVENIENT, PLEASE COMPLETE THE FOLLOWING.**

# EXHIBIT "K"



**STATE FARM INSURANCE COMPANIES**

State Farm Fire and Casualty Company

100 State Farm Parkway
Birmingham, AL 35297-0001

B-2039-F282  FH

JONES, JACOB N & PEGGY SUE
RR 2 BOX 214A
ANDALUSIA AL  36420-9802

lllallallalalllallalalllallallallalll

**RENEWAL CERTIFICATE**

| POLICY NUMBER | 01-10-9842-5 |
|---|---|

HOMEOWNERS POLICY
OCT 08 2003  to  OCT 08 2004

| DATE DUE | PLEASE PAY THIS AMOUN |
|---|---|
| BILLED THROUGH SFPP | |

**Coverages and Limits**
**Section I**

| | | |
|---|---|---|
| A  Dwelling | | $108,300 |
| Dwelling Extension | Up To | 10,830 |
| B  Personal Property | | 81,225 |
| C  Loss of Use | | Actual Loss Sustained |

**Deductibles - Section I**

| | |
|---|---|
| All Losses | 1,000 |

**Section II**

| | | |
|---|---|---|
| L  Personal Liability | | $100,000 |
| Damage to Property of Others | | 500 |
| M  Medical Payments to Others (Each Person) | | 1,000 |

Location: CO RD 43 1 1/4 MI N OF STRAGHR
SCHOOL ON E/S

SFPP No: 0373237609

**Loss Settlement Provisions (See Policy)**
A1  Replacement Cost - Similar Construction
B1  Limited Replacement Cost - Coverage B

**Forms, Options, and Endorsements**

| | |
|---|---|
| Homeowners Policy | FP-7955 |
| Amendatory Endorsement | FE-7201.2 |
| Ordinance/Law  10%/  $10,830 | OPT  OL |
| Special Limits Endorsement | FE-5258 |
| Increase Dwlg up to $21,660 | OPT  ID |
| Policy Endorsement | FE-5320 |
| Fungus (Including Mold) Excl | FE-5398 |

| | |
|---|---|
| **Annual Premium** | $586.0 |

**Premium Reductions**
Your premium has already been reduced
by the following:

| | |
|---|---|
| Claim Record Discount | 112.0 |
| Home/Auto Discount | 37.0 |

Inflation Coverage Index:   151.9

NOTICE: Effective with this renewal, the Coverage A Loss Settlement Endorsement, FE-5273, has been removed from your policy. Please see the enclosed IMPORTANT NOTICE.

The State Farm replacement cost is an estimated replacement cost based on general information about your home.  It is developed from models that use cost of construction materials and labor rates for like homes in the area.  The actual cost to replace your home may be significantly different.  State Farm does not guarantee that this figure will represent the actual cost to replace your home.  You are responsible for selecting the appropriate amount of coverage and you may obtain an appraisal or contractor estimate which State Farm will consider and accept, if reasonable.  Higher coverage amounts may be selected and will result in higher premiums.



**EXHIBIT**

*K*

*Thanks for letting us serve you.  We appreciate our long term customers.*

Agent  RON NALL
Telephone  (334) 222-3106

Prepared  AUG 25 2003

38 3150 6665

*See reverse side for important information.*
*Please keep this part for your record.*