IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1119-WKW |
| | ) |
| STATE FARM FIRE AND CASUALTY COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Motion for Summary Judgment and Memorandum of Law in Support Thereof (Doc. # 35), it is ORDERED that the motions be submitted without oral argument on **March 14, 2007.**

It is further ORDERED that the plaintiffs file responses which shall include a brief **on or before March 7, 2007.** The defendants may file a reply brief on or before **March 14, 2007.**

**Briefs in support of or in opposition to any motion or application to the Court should not exceed 25 pages. In all cases in which briefs exceed 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to primary authority made in each section, and the pages on which each section and any sub-sections may be found.**

**The parties are further advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. Mailing courtesy copies by First Class mail postage prepaid is acceptable. For those submissions (including briefs and evidentiary materials) that exceed 25 pages, the courtesy copy shall be bound in a three-ring binder and tabbed.**

DONE this 26th day of February, 2007.

                                            /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE