### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES and | ) |
| PEGGY C. JONES, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )    CASE NO.: 2:05-cv-1119-F |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, et al., | ) |
| | ) |
|     Defendants. | ) |

**JOINT MOTION TO EXTEND DEADLINE
TO HOLD SETTLEMENT CONFERENCE BETWEEN THE PARTIES**

Come now Plaintiffs, Jacob N. Jones and Peggy C. Jones, and Defendants State Farm Casualty Company and Ron Nall, and move this Court to enter an order extending the deadline to hold a settlement conference from February 26, 2007 to March 20, 2007. In support of this Motion, Parties show unto the Court as follows:

1.    The deadline for holding a settlement conference between the Parties was February 26, 2007.

2.    As this Honorable Court is aware, due to difficulties in scheduling depositions in this matter, the deadlines for filing dispositive motions and the responses thereto were extended until February 21, 2007 and March 6, 2007, respectively.

3. As such, the Parties request that this Honorable Court extend the deadline for the Parties to hold a settlement conference in this matter until March 20, 2007, to allow the Plaintiffs time to submit their Response to the Defendants' Motion for Summary Judgment.

4. This additional time is necessary for the Parties to fully review and evaluate the Motions and determine any outstanding issues that may remain in this matter.

5. This extension of time will not prejudice any Party to this matter and will not necessitate any changes that would effect the trial currently set for July, 2007.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs and Defendants move this Court to extend the deadline for holding a settlement conference in this matter until or after March 20, 2007.

Respectfully submitted this the 27th day of February, 2007.

      */s/ Bryan P. Winter*
Bryan P. Winter (WIN-028)
Adcox Winter, LLP
611 Helen Keller Boulevard
Tuscaloosa, Alabama 35404
Phone: (205) 553-5353
Fax: (205) 553-5593
E-mail: bwinter@adcoxwinter.com

**Certificate of Service**

I hereby certify that on February 27, 2007, I electronically filed the foregoing MOTION TO EXTEND DEADLINE TO HOLD SETTLEMENT CONFERENCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael S. Jackson
Michael B. Beers
BEERS, ANDERSON, JACKSON,
PATTY & VAN HEEST, P.C.
P.O. Box 1988
Montgomery, Alabama 36102-1988

Marcus Jones, Esq.
LAW OFFICE OF MARCUS JONES
2416 Walking Fern Lane
Hoover, Alabama 35244


　　　　　　　　　　　　　　　　　　　　　　　/s/ Bryan P. Winter
　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Winter
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs