IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES and<br>PEGGY C. JONES,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE<br>COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:05-cv-1119-WKW<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' WITNESS LIST**

    NOW COME Defendants Ron Nall and State Farm Fire and Casualty Company and submit their Witness List as to whom they may call during the trial of this matter:

1. Mark King
   2501 Easley Drive
   Andalusia, AL

2. Ron Nall
   112 Hillcrest Drive
   Andalusia, Alabama

3. Ron Nall's secretary with whom Jacob Jones spoke after the fire loss.
   112 Hillcrest Drive
   Andalusia, Alabama

4. Mims Hackett
   1836 W. Main Street
   Dothan, AL 36301

5. Angela Pierce
   Claims Team Manager
   State Farm Fire & Casualty Co.
   1100 Emory Folmar Blvd.
   Montgomery, AL 36110

6.  Bill Lovell
    Alabama Personal Lines Operation Supt.
    State Farm Fire & Casualty Co.
    100 State Farm Parkway
    Birmingham, AL 35297-0002

7.  Michael Gamble
    THE GAMBLE LAW FIRM
    206 E. Main Street
    Dothan, AL 36301

8.  Marcus Jones
    LAW OFFICE OF MARCUS JONES
    2416 Walking Fern Lane
    Hoover, Alabama 35244

9.  John Hill
    Claim Section Manager
    State Farm Fire & Casualty Co.
    100 State Farm Parkway
    Birmingham, AL 35297-0002

10. Jacob Jones
    30595 Straughn School Road
    Andalusia, AL 36421

11. Peggy Jones
    30595 Straughn School Road
    Andalusia, AL 36421

12. Any witnesses deposed or to be deposed.

13. Any witness necessary for rebuttal or impeachment purposes.

14. Any witnesses whose name is revealed through subsequent discovery.

15. Any witness called by Plaintiffs.

16. Defendants reserve the right to supplement this list for trial as discovery proceeds.

**RESPECTFULLY SUBMITTED** this the 1st day of March, 2007.

   s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
**MICHAEL B. BEERS [BEERM4992]**
Attorneys for Defendants Ron Nall and
State Farm Fire and Casualty Company

BEERS, ANDERSON, JACKSON,
 PATTY, VAN HEEST & FAWAL, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 (fax)
mjackson@beersanderson.com
mbeers@beersanderson.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2007, I electronically filed DEFENDANTS' WITNESS LIST with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marcus Jones, Esq.
LAW OFFICE OF MARCUS JONES
2416 Walking Fern Lane
Hoover, Alabama 35244

Brian P. Winter, Esq.
ADCOX WINTER, LLP
611 Helen Keller Blvd.
Tuscaloosa, AL 35404

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

    s/ Micheal S. Jackson
    **OF COUNSEL**