IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES and  ) | |
| PEGGY C. JONES,     ) | |
|    Plaintiffs,  ) | |
| ) | |
| v.                 ) | CASE NO.: 2:05-cv-1119-F |
| ) | |
| STATE FARM FIRE AND ) | |
| CASUALTY COMPANY, et al., ) | |
|    Defendants.  ) | |

### AFFIDAVIT OF JACOB N. JONES

Before me, the undersigned authority, personally appeared Jacob N. Jones, who being known to me and being first duly sworn, deposes and says as follows:

My name is Jacob N. Jones. I am a resident of Covington County, Alabama, and I am over the age of nineteen (19) years. I am competent to testify to the matters contained herein, and I offer this testimony based on my personal knowledge.

In 1997, Mark King, as a State Farm Insurance agent, measured the square footage of mine and Peggy's home located at 30638 Straughn School Road Andalusia, Alabama 36421 in order to procure State Farm casualty insurance on our home. Mr. King measured our home to be 2128 square feet. Neither Mr. King, Mr. Nall nor State Farm advised me of the results of Mr. King's measurements of calculation of square footage. Therefore, I did not know that the house had been mismeasured and/or the square footage of the house had been miscalculated until I investigated this matter after the fire had destroyed our home. After the fire, I learned that State Farm's records showed that the house contained 2128 square feet as of 1997. In fact, by 1990, our home had approximately 2840 square feet. This is verified by tax records which reflect that our home contained approximately 2840 square feet. I have attached a true, correct, authentic and certified copy of the tax records from Covington County to this Affidavit.

On or about July 28, 2004, the mine and Peggy's residence was destroyed by fire. At the time of the fire, Peggy and I had resided in said home for over thirty (30) years. As a result of the fire, Peggy and I lost invaluable and irreplaceable memorabilia and personal items.

Further affiant sayeth not.

_____
Jacob N. Jones

STATE OF ALABAMA    )
                    :
COVINGTON COUNTY    )

    SWORN TO AND SUBSCRIBED BEFORE ME on this 7th day of March, 2007, witness my hand and official seal of office.

_____
Notary Public
State at Large
My Commission Expires: **My Commission** Expires January 31, 2010