# JANICE D. HART
# REVENUE COMMISSIONER

Printed 3/7/2007    PAGE 1 OF 2

| COUNTY | TSP | AREA | SECTION | 1/4 | BLOCK | PARCEL NO. | | | | | APPRAISED VALUE | CURRENT USE VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 08 | 06 | 13 | 0 | 001 | 003.000 | | | | YR | | |
| | | | | | | | | | | 2 | Imp. 98100 | |
| | | | | | | | | | | 0 | Land 8000 | |
| | | | | | | | | | | 0 | Total 106100 | |
| | | | | | | | | | | 4 | | |
| | | | | | | | | | | 2 | Imp. 94900 | |
| | | | | | | | | | | 0 | Land 8000 | |
| | | | | | | | | | | 0 | Total 102900 | |
| | | | | | | | | | | 3 | | |
| | | | | | | | | | | 2 | Imp. 94900 | |
| | | | | | | | | | | 0 | Land 8000 | |
| | | | | | | | | | | 0 | Total 102900 | |

| ZONING | NHOOD ID | LAND USE | S/T/R | ACREAGE | MUN. CODE | ASSMT. CLASS | PHYS ADDR.: |
|---|---|---|---|---|---|---|---|
| 11 | J015239-1 | | S13 T5 R16 | 2.00 | 11 | 3 | |

**ACCOUNT NO.**

**CURRENT OWNERS NAME & MAILING ADDRESS**

JONES, JACOB AND
JONES, PEGGY S
20638 STRAUGHN SCHOOL RD
ANDALUSIA AL 36420

Additional Owners on Record:
JONES, PEGGY S

**NOTES:**
2004-ADDED CARPORT

**DEED REFERENCES**
DB/PG>648-850 7/28/71 BEG AT INT OF S LN OF N2 OF NW4 WITH ELY L N OF THREE NOTCH RD S13 T5 R16 TH N'LY 210', E 420', S'LY 210', W 420' TO POB.

| DATE ACQUIRED | CONSID. | DEED BOOK | PAGE NO. |
|---|---|---|---|
| 07/28/1971 | | 648 | 850 |

| TYPE | SALE PRICE | SOURCES | VALID | OTHER VALID |
|---|---|---|---|---|
| 1 LAND 2 L&B | | 1 BUYER 3 FEE<br>2 SELLER 4 AGENT | 1 YES<br>2 NO | 3 ADDITIONAL PARCELS<br>4 CHANGED SINCE SALE<br>5 RAW LAND-NOW IMPROVED<br>6 REPORTED COST<br>7 FORCLOSURE/LIQUIDATION |

| APPRAISER | DATE | MO. | YR. |
|---|---|---|---|
| DS/DH | 01/09/04 | | |

**BUILDING PERMIT**

| NUMBER | DATE | TYPE | AMOUNT |
|---|---|---|---|

**PARCEL SUMMARY**

Last Update Date: 1/23/2004
Last Update BY: debbie
1 Main Imp : 97500
0 MH : 0
1 Misc Imp : 600
Lot Value : 0
Land Value : 8000
CU Value :
Value for Assmt: 106100

**LAND COMPUTATION**

| ACTUAL FRONTAGE | EFFECTIVE FRONTAGE | ACTUAL DEPTH | EFFECTIVE DEPTH | UNIT PRICE | DEPTH FACTOR | ACTUAL PRICE | INFLUENCE CODE | INFLUENCE FACTOR | MARKET VALUE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 3500<br>1000 | | 3500<br>1000 | | | 7000<br>1000 |

**INFLUENCE FACTORS**
1 CORNER
2 TOPOGRAPHY
3 DEV. DISC.
4 EXC. FRONT
5 SHAPE OR SIZE
6 RESTRICTIONS
7 ECONOMIC
8 LOCATION

| CM CODE | CU CODE | APPR. CODE | TABLE ACRES | APPR. RATE | CU UNIT PRICE | CU. VALUE |
|---|---|---|---|---|---|---|
| | N | STP HS | 2.00<br>1.00 | | | |
| | N | STP HS | 2.00<br>1.00 | | | |

| TOTAL LAND VALUE | | | ACRES 2.00 | | | 8000 | | | 8000 |

**GENERAL PARCEL DATA**

| OWNERSHIP | UTILITIES-WATER | AMENITIES |
|---|---|---|
| 1 Private | 1 None | 1 Storm Sewer |
| 2 City | 2 Public | 2 Sidewalk |
| 3 County | 3 Community | 3 Waterfront |
| 4 State | 4 Well | 4 Golf Course |
| 5 Federal | | 5 View |
| 6 Religious | **UTILITIES-SEWER** | 6 Location |
| 7 Fraternal | 1 None | |
| 8 Utility | 2 Public | **NUISANCES** |
| 9 Public Service | 3 Community | 1 Noise Hwy. |
| | 4 Septic Tank | 2 Noise R.R. |
| **ROAD ACCESS** | | 3 Noise Indust. |
| 1 None | **UTILITIES-GAS** | 4 Noise Airport |
| 2 U.S. Hwy. | 1 None | 5 Open Drain, Ditch |
| 3 Interchange | 2 Natural | 6 High Tension Line |
| 4 State Hwy. | 3 Propane | 7 Odor, Indust. |
| 5 Paved | | 8 View |
| 6 Paved, C&G | **NBHD** | |
| 7 Dirt | 1 Static | |
| 8 Excl. Esmnt. | 2 Improving | |
| 9 Non-Excl. | 3 Declining | |
| | 4 Transition | |

**TOPO**
1 Level
2 Nearly Level
3 Gently Rolling
4 Rolling
5 Steep
6 Mountinous
7 Swampy
8 Low

**RENTAL DATA**

| UNIT AREA | Per Sq. Ft. | Rent Date |
|---|---|---|

## BUILDING INFORMATION

| | | | | |
|---|---|---|---|---|
| IMP. NO. | 1 | ROOF TYPE | HIP-GABLE | T02 100 8 |
| IMP. TYPE CODE | 111 | | | |
| OCC. CODE | 111 | INTERIOR FINISH | WOOD PANELS | 108 100 35 |
| OVERRIDE | | | | |
| YEAR BUILT | 1972 | | | |
| YEAR REMOD | 1974 | | | |
| EFF. YEAR BUILT | 27 | | | |

### RATE TABLES
1 Single Fam.   598 Other High
1 Duplex        600 Service
1 Apts          610 Office
100 Motel       611 Bank
200 Factory Lt. 637 Warehouse
300 Factory Hvy.651 Med Office
500 Retail      652 Vet. Office
550 Fast Food   653 Hospital
5 Conv Store    656 Nur. Home
                670 Post Office

### DEPRECIATION ADJUSTMENT
EFF. AGE/NORMAL  27
OBSERVED PHY.
FUNCTIONAL
ECONOMIC
TOTAL DEPR.

### FOUNDATION
SLAB   S01 100 0

### EXTERIOR WALLS
BRICK ON MASON   W131 100  38

### FLOORS
CARPET & UNDER   F14 100  12

### ROOF MATERIAL
ASPHALT SHINGL   M04 100  4

### PLUMBING
AVERAGE   P03 100  8
BATH 3FIX   1

### FEATURES
| DESCRIPTION | QTY | COST |
|---|---|---|
| FIREPLACE +1 W/1 | 1 | 2020 |
| | 2000 | |

### HEATING & AIR COND.
| DESCRIPTION | SQFT | COST |
|---|---|---|
| HEAT/AC FHA/AC | 2240 | 6586 |

### BUILDING SUMMARY
| | |
|---|---|
| STORY HEIGHT | 1 |
| BASE AREA | 2240 |
| UPPER FLR. AREA | 0 |
| UPPER FLR. ADJ. | 0 |
| TOTAL ADJ. AREA | 2686 |
| APPENDAGES | 446 |

### BUILDING CALCULATIONS
| | |
|---|---|
| BLDG. CLASS | C- |
| CONST. UNITS | 105 |
| BASE RATE | 38.08 |
| ADJ. RATE | 39.98 |
| TAA | 2686 |
| SUB TOTAL | 107386 |
| EXT. FEAT. | 10606 |
| BASE COST | 117992 |
| INDEX | 1.18 |
| REPL. COST | 139231 |
| COND. % | 70 |
| VALUE | 97462 |
| MARKET ADJUST | 1.00 |
| FINAL VALUE IMP#1 | 97500 |
| MISC. IMP VALUE | 600 |
| TOTAL IMP VALUE | 98100 |

### BUILDING APPRAISAL
| | DATE | APPRAISER |
|---|---|---|
| FIELDWORK | | |
| CLASS | | |
| LAND APPRAISAL | | |

### APPENDAGES
| SYMBOL | DEC | AREA | ADJUSTED AREA |
|---|---|---|---|
| CP6 | 0.6 | 465 | 279 |
| OP1 | 0.1 | 25 | 3 |
| PC2 | 0.2 | 480 | 96 |
| U5 | 0.5 | 135 | 68 |

### COMMERCIAL / INDUSTRIAL / OTHER FEATURES
| SYMBOL | DEC | AREA | ADJUSTED AREA |
|---|---|---|---|
| | | | |

TOTAL APPENDAGES   446

### MISCELLANEOUS IMPROVEMENTS
| ID | IMP. CODE | DESC. QUALITY | SIZE | BASE RATE | SUBTOTAL | INDEX | REPL. COST | COND | VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | B22ALL2 | 24x36 BARN, SHED, B-22 | 864 | 1.70 | 1468.80 | 1.18 | 1733.18 | 35 | 600 |

### EX. WALL CODES
W11  Brick On Masonary
W12  Brick, 8
W21  Cedar Tex. III 4x8
W22  Cedar Rough B&B
W32  CB 12" Plain
W61  CB Splitface
W09  Stucco
W43  Drivit Reinforced

08061300010030000   3/7/2007   Page 2 OF 2

Sketch by Apex IV Windows™

```
                    9'
                   UT
                   0.5
        ┌───5'──┐ ┌──15'──┐
     5' │       │ │ CP 0.6│ 20'
        │       │ │       │
        │       └─┘  30'  │
        │   BASE AREA     │
    80' │   2240 FT²      │
        │                 │
        │            21'  │
        │         ┌───────┤
        │         │ PC 0.2│ 20'
        │         │ 480 sf│
        │  OP 0.1 │       │
        │    5'   │  24'  │
        └─────────┴───────┘
              28'
```