IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1119-WKW |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the court on several motions. For reasons to be addressed in the ruling on Defendants' Motion for Summary Judgment (Doc. # 35), the Motion to Dismiss of Defendant Ron Nall (Doc. # 4) is due to be GRANTED; Plaintiffs' First Motion for Leave to File Amended Complaint (Doc. # 11) is due to be DENIED; Plaintiffs' Motion for Order containing an alternative Motion for Hearing (Doc. # 28) is due to be DENIED as moot; and the Joint Motion to Extend Deadline to Hold Status Conference (Doc. # 37) is due to be GRANTED.

Defendants' Motion for Summary Judgment (Doc. # 35) is submitted and under advisement.

Accordingly, it is ORDERED as follows:

1. The Motion to Dismiss of Defendant Ron Nall (Doc. # 4) is GRANTED. Ron Nall is DISMISSED from this action with prejudice;

2. The Plaintiffs' First Motion for Leave to File Amended Complaint (Doc. # 11) is DENIED;

3. Plaintiffs' Motion for Order containing an alternative Motion for Hearing (Doc. # 28) is DENIED; and

4. The Joint Motion to Extend Deadline to Hold Status Conference (Doc. # 37) is GRANTED. The deadline shall be and hereby is extended from **March 20, 2007**, to **April 13, 2007.**

DONE this 29th day of March, 2007.

                                        /s/  W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE