IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1119-WKW |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CORRECTION TO ORDER**

In the Order dated March 29, 2007 (Doc. # 41), the court referred to "status" conference in relation to the Joint Motion to Hold Settlement Conference (Doc. # 37). All references to "status" conference in the Order dated March 29, 2007 (Doc. # 41), are hereby corrected to "settlement" conference.

DONE this 10th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE