IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:05-cv-1119-WKW |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

It is ORDERED that plaintiffs are directed to file their "Notice Concerning Settlement Conference and Mediation" as ordered in the Uniform Scheduling Order (Doc. #24), as modified on March 29, 2007 (Doc. #41), by **May 4, 2007.**

DONE this 27th day of April, 2007.

                                          /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE