**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **JACOB N. JONES, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **CASE NO.: 2:05-cv-1119-WKW** |
| ) | |
| **STATE FARM FIRE AND** ) | |
| **CASUALTY COMPANY, et al.,** ) | |
| ) | |
| Defendants. ) | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the Plaintiffs in the above-styled action and give notice concerning the Parties' attempts at settlement and conference concerning settlement.

The Parties have conferred on two separate occasions to discuss the issues involved in this case and to negotiate a possible settlement agreement. The Defendants maintain that they are not liable to the Plaintiffs as alleged in the Complaint. Obviously, the Plaintiffs disagree.

The Plaintiffs have made what they believe is a reasonable offer to settle the case without the need for trial. The Defendants have not yet provided a response to Plaintiffs' offer but expect to make such a response in the near future.

The Plaintiffs remain open to mediation as a possible manner in which to resolve the this case. The Defendants have not rejected the possibility and are expected to make a decision as to mediation in the near future.

Counsel for the Plaintiffs and the Defendant have discussed this notice and agree to its submission to the Court.

Submitted this the 7th day of May, 2007.

                                                                                                  */s/ Bryan P. Winter*
                                                                                                  Bryan P. Winter (WIN-028)
       Adcox, Lewis, Smyth & Winter, P.C.
       611 Helen Keller Boulevard
       Tuscaloosa, Alabama 35404
       Phone: (205) 553-5353
       Fax: (205) 553-5593
       E-mail: bwinter@alswlaw.com

**Certificate of Service**

      I hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael S. Jackson
Michael B. Beers
BEERS, ANDERSON, JACKSON,
PATTY & VAN HEEST, P.C.
P.O. Box 1988
Montgomery, Alabama 36102-1988

Marcus Jones, Esq.
LAW OFFICE OF MARCUS JONES
2416 Walking Fern Lane
Hoover, Alabama 35244

                                                        */s/ Bryan P. Winter*
                                                        Bryan P. Winter
                                                        Attorney for Plaintiffs