IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES and<br>PEGGY C. JONES,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE<br>COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 2:05-cv-1119-WKW<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S WITNESS LIST**

NOW COMES Defendant State Farm Fire and Casualty Company and submits its Witness List as to whom it may call during the trial of this matter:

1. Mark King
   2501 Easley Drive
   Andalusia, AL

2. Ron Nall
   112 Hillcrest Drive
   Andalusia, Alabama

3. Mims Hackett
   1836 W. Main Street
   Dothan, AL 36301

6. Bill Lovell
   Alabama Personal Lines Operation Supt.
   State Farm Fire & Casualty Co.
   100 State Farm Parkway
   Birmingham, AL 35297-0002

7. Marcus Jones
   LAW OFFICE OF MARCUS JONES
   2416 Walking Fern Lane
   Hoover, Alabama 35244

9. Debbie Kimble

         State Farm Fire & Casualty Co.
         100 State Farm Parkway
         Birmingham, AL  35297-0002

10.     Jacob Jones
         30595 Straughn School Road
         Andalusia, AL 36421

11.     Peggy Jones
         30595 Straughn School Road
         Andalusia, AL  36421

12.     Michael Gamble
         THE GAMBLE LAW FIRM
         206 E. Main Street
         Dothan, AL 36301

13.     Representative of Covington County Bank
         225 East Three Notch Street
         Andalusia, AL 36420

14.     Appraiser who executed appraisal for the home equity loan issued to plaintiffs by Covington County Bank.
         Address unknown.

15.     Angela Pierce
         Claims Team Manager
         State Farm Fire & Casualty Co.
         1100 Emory Folmar Blvd.
         Montgomery, AL 36110

16.     John Hill
         Claim Section Manager
         State Farm Fire & Casualty Co.
         100 State Farm Parkway
         Birmingham, AL  35297-0002

**RESPECTFULLY SUBMITTED** this the 30th day of May, 2007.

   s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
**MICHAEL B. BEERS [BEERM4992]**
Attorneys for Defendant State Farm Fire and Casualty Company

BEERS, ANDERSON, JACKSON,
 PATTY, VAN HEEST & FAWAL, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311
(334) 834-5362 (fax)
mjackson@beersanderson.com
mbeers@beersanderson.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2007, I electronically filed DEFENDANT'S WITNESS LIST with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marcus Jones, Esq.
LAW OFFICE OF MARCUS JONES
2416 Walking Fern Lane
Hoover, Alabama 35244

Brian P. Winter, Esq.
ADCOX WINTER, LLP
611 Helen Keller Blvd.
Tuscaloosa, AL 35404

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

   s/ Micheal S. Jackson
   **OF COUNSEL**

3