**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| JACOB N. JONES and PEGGY C. JONES, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 2:05-cv-1119-WKW-SRW ) |
| STATE FARM INSURANCE COMPANY, et al., | ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' WITNESS LIST**

NOW COME Plaintiffs Jacob and Peggy Jones and submit their Witness List as to whom they may call during the trial of this matter:

1. Mark King
   2501 Easley Drive
   Andalusia, Alabama

2. Ron Nall
   112 Hillcrest Drive
   Andalusia, Alabama

3. Jacob Jones
   30595 Straughn School Road
   Andalusia, Alabama

4. Peggy Jones
   30595 Straughn School Road
   Andalusia, Alabama

5. Ron Nall's secretary with whom Jacob Jones spoke after the fire loss
   112 Hillcrest Drive
   Andalusia, Alabama

6. Marcus Jones
   Law Office of Marcus Jones
   2416 Walking Fern Lane
   Hoover, Alabama

7.     Scott Dutton
       c/o Scott Dutton Construction
       100 Grand Oak Drive
       Andalusia, Alabama 36421

8.     Wyatt Sasser
       c/o Wyatt Sasser Construction
       28007 Babbie Road
       Andalusia, Alabama 36421

9.     Any witnesses deposed.

10.    Any witness necessary for rebuttal or impeachment purposes.

11.    Any witnesses whose name is revealed through subsequent discovery.

12.    Any witness called by Defendants.

13.    Plaintiffs reserve the right to supplement this list for trial as discovery proceeds.

14.    Per this Honorable Court's Order, the attorneys for the Parties will work together and exchange exhibits and documents in order to create an evidence notebook for trial.

Respectfully submitted this the 30th day of May, 2007.

                                                */s/ Bryan P. Winter*
                                              Bryan P. Winter (WIN-028)
                                              Adcox, Lewis, Smyth & Winter, P.C.
                                              611 Helen Keller Boulevard
                                              Tuscaloosa, Alabama 35404
                                              Phone: (205) 553-5353
                                              Fax: (205) 553-5593
                                              E-mail: bwinter@alswlaw.com

**Certificate of Service**

  I hereby certify that on May 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael S. Jackson
Michael B. Beers
BEERS, ANDERSON, JACKSON,
PATTY & VAN HEEST, P.C.
P.O. Box 1988
Montgomery, Alabama 36102-1988

Marcus Jones, Esq.
LAW OFFICE OF MARCUS JONES
2416 Walking Fern Lane
Hoover, Alabama 35244

                */s/ Bryan P. Winter*
                Bryan P. Winter
                Attorney for Plaintiffs