IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES and<br>PEGGY C. JONES,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE<br>COMPANY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 2:05-cv-1119-F<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please take notice that James Anderson, of ***Beers, Anderson, Jackson, Patty, Van Heest & Fawal, P.C.***, does hereby file a notice of appearance in the above-referenced cause as additional counsel for Defendant, State Farm Insurance Company.

                                                       _____
                                                       JAMES H. ANDERSON (AND021)

**Of Counsel:**

BEERS, ANDERSON, JACKSON,
PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311
(334) 834-5362 fax

## CERTIFICATE OF SERVICE

      I hereby certify that on May 31, 2007, I electronically filed **DEFENDANTS' NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marcus Jones, Esq.
LAW OFFICE OF MARCUS JONES
2416 Walking Fern Lane
Hoover, Alabama 35244

Brian P. Winter, Esq.
ADCOX WINTER, LLP
611 Helen Keller Blvd.
Tuscaloosa, AL 35404

_____
OF COUNSEL