IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JACOB N. JONES, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cv-1119-WKW |
| | ) | |
| STATE FARM FIRE AND CASUALTY | ) | |
| COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

Before the court is Defendants' Motion to Continue Trial (Doc. # 51).  Over no objections, it is

ORDERED that the motion is GRANTED.  The case is moved from the July 23, 2007 trial term to the

December 10, 2007, trial term.  The deadlines in Sections 9, 10, and 11 of the Uniform Scheduling Order

(Doc. # 24) are extended **from May 30, 2007, to October 31, 2007**.

DONE this 18th day of June, 2007.

          /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE