IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES and<br>PEGGY C. JONES,<br><br> Plaintiffs,<br><br>vs.<br><br>STATE FARM INSURANCE<br>COMPANY, et al.,<br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:05-cv-1119-WKW<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPRECIATION

NOW COMES counsel for State Farm and notifies both the Court and the Plaintiffs that he very much appreciates the Court's (and the Plaintiffs') indulgence in continuing this case from the July 23 trial term.

**DONE** this the 27th day of June, 2007.

 s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
Attorney for Defendant
State Farm Fire and Casualty Company

BEERS, ANDERSON, JACKSON,
 PATTY, VAN HEEST & FAWAL, P.C.
P. O. Box 1988
Montgomery, Alabama 36102-1988
(334) 834-5311
(334) 834-5362 (fax)
mjackson@beersanderson.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 27, 2007, I electronically filed the foregoing **NOTICE OF APPRECIATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Brian P. Winter, Esq.
ADCOX WINTER, LLP
611 Helen Keller Blvd.
Tuscaloosa, AL 35404

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                                                                        s/ Micheal S. Jackson
                                                                       **OF COUNSEL**