**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JACOB N. JONES,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:05-cv-1119-WKW** |
| | ) | |
| **STATE FARM FIRE AND CASUALTY** | ) | |
| **COMPANY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

A pretrial order was entered in this case on June 11, 2007 (Doc. # 50).  Because the case is set for trial on the December 10, 2007 docket, the parties are DIRECTED to appear for a status conference on **October 29, 2007, at 11:00 a.m.** in Courtroom 2E of the Frank M. Johnson, Jr. U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.  The parties shall be prepared to discuss any changes required in the pretrial order due to the change in trial date and other changed circumstances.  Proposed changes to the pretrial order shall be filed in **propord_watkins@almd.uscourts.gov** no later than **October 26, 2007.**

DONE this 11th day of October, 2007.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE