IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JACOB JONES, *et al.,*            )
                                  )
            Plaintiffs,           )
                                  )
    v.                            )        CASE NO. 2:05-cv-1119-WKW
                                  )
STATE FARM FIRE AND               )
CASUALTY COMPANY, *et al.*,       )
                                  )
            Defendants.           )

## ORDER

The plaintiffs are ORDERED to file with this court a copy of the deposition of Ron Nall to

which they refer in their Response to the Motion for Summary Judgment by **October 22, 2007.**

DONE this 16th day of October, 2007.

            ____/s/   W.  Keith Watkins_____
            UNITED STATES DISTRICT JUDGE