IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB N. JONES, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO.: 2:05-cv-1119-WKW |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

**RESPONSE TO ORDER**

Come now the Plaintiffs, Jacob and Peggy Jones, pursuant to this Honorable Court's Order of October 16, 2007, and submits the attached Deposition of Ron Nall.

Respectfully submitted this the 17th day of October, 2007.

                                              /s/ Bryan P. Winter
                                              Bryan P. Winter (WIN-028)
                                              Adcox Winter, LLP
                                              611 Helen Keller Boulevard
                                              Tuscaloosa, Alabama 35404
                                              Phone: (205) 553-5353
                                              Fax: (205) 553-5593
                                              E-mail: bwinter@adcoxwinter.com

## Certificate of Service

  I hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael S. Jackson  
Michael B. Beers  
BEERS, ANDERSON, JACKSON,  
PATTY & VAN HEEST, P.C.  
P.O. Box 1988  
Montgomery, Alabama 36102-1988  

Marcus Jones, Esq.  
LAW OFFICE OF MARCUS JONES  
2416 Walking Fern Lane  
Hoover, Alabama 35244  

                 /s/ Bryan P. Winter  
                 Bryan P. Winter  
                 Attorney for Plaintiffs