## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                              TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Jones et al v. State Farm Fire and Casualty Company et al

Case Number:  2:05-cv-01119-WKW

Referenced Docket Entry - *** Response to Order -  Doc.  No. 56

The referenced docket entry was filed electronically with  ERROR  on ***10/16/07***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because the attachment was filed without the main document. Please  DISREGARD this docket entry and see doc. 57 for correction.