IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB JONES, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-1119-WKW |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that the status conference in this matter set for October 29, 2007, is CANCELLED.

DONE this 26th day of October, 2007.

        /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE