IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| JACOB N. JONES and PEGGY C. JONES, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No.  2:05-cv-1119-WKW |
| STATE FARM INSURANCE COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S EXHIBIT LIST**

| EX NO. | BATES NOS | EXHIBIT | Offered | Admitted |
|---|---|---|---|---|
| 1 | SF 00610-00613 | Homeowner's Application | | |
| 2 | SF 00629-00630 | Declarations Page for policy period 10/08/81 - 10/08/82 | | |
| 3 | SF 00631-00632 | Policy Change/Endorsement Request | | |
| 4 | SF 00633-00635 | Declarations Page and Renewal Certificate for policy period 10/08/98 - 10/08/99 | | |
| 5 | SF 00636 | Homeowners Available Coverage Notice (08/24/00) | | |
| 6 | SF 00637-00638 | Renewal Certificate for policy period 10/08/00 - 10/08/01 | | |
| 7 | SF 00639 | Homeowners Available Coverage Notice (08/24/01) | | |
| 8 | SF 00640-00641 | Renewal Certificate for policy period 10/08/01 - 10/08/02 | | |
| 9 | SF 00642-00643 | Renewal Certificate for policy period 10/08/02 - 10/08/03 | | |

| 10 | SF 00644 | Renewal Certificate for policy period 10/08/03 - 10/08/04 | | |
|----|----------|-----------------------------------------------------------|--|--|
| 11 | SF 00645 | Fire policy status report | | |
| 12 | SF 00646-00649 | Homeowners Update Newsletter | | |
| 13 | SF 00349 | Notice of policy changes | | |
| 14 | SF 00321-347 | Declarations Page and Homeowners Policy for policy period 10/08/97 - 10/08/98 | | |
| 15 | SF 00348-00380 | Declarations Page and Homeowners Policy for policy period 10/08/98 - 10/08/99 | | |
| 16 | SF 00293, 295-320 | Declarations Page and Homeowners Policy for policy period 10/08/03 - 10/08/04 | | |
| 17 | | Appraisal completed by David Bryant for Covington County Bank | | |

  s/ Micheal S. Jackson
**MICHEAL S. JACKSON [JACKM8173]**
**JAMES H. ANDERSON [AND021]**
Attorneys for Defendant State Farm Fire and Casualty Company

BEERS, ANDERSON, JACKSON,
 PATTY & FAWAL, P.C.
P. O. Box 1988
Montgomery, Alabama  36102-1988
(334) 834-5311
(334) 834-5362 (fax)
mjackson@beersanderson.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 31, 2007, I electronically filed DEFENDANT'S EXHIBIT LIST with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Marcus Jones, Esq.
LAW OFFICE OF MARCUS JONES
2416 Walking Fern Lane
Hoover, Alabama 35244

Brian P. Winter, Esq.
ADCOX WINTER, LLP
611 Helen Keller Blvd.
Tuscaloosa, AL 35404

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

                                                                s/ Micheal S. Jackson
                                                                **OF COUNSEL**