IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JACOB JONES, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>STATE FARM FIRE AND )<br>CASUALTY COMPANY, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:05-cv-1119-WKW<br>[wo] |

## **JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Judgment is entered in favor of the defendants and against the plaintiff.

(2) Costs are taxed against plaintiffs, Jacob Jones and Peggy Jones, for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 31st day of October, 2007.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE